UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KATIE VOSS AND JAMIE VOSS<br><br>*Plaintiffs*,<br><br>vs.<br><br>AMERIHOME MORTGAGE COMPANY, LLC; INVESTOR NEST PROPERTIES; SERVICEMAC, LLC; AND DOES 1 THROUGH 15, INCLUSIVE.<br><br>*Defendants*. | Civ. No. 1:25-cv-2074 |

## DEFENDANT SERVICEMAC, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed R. Civ. P. 7.1 Defendant Servicemac, LLC ("***Servicemac***") states that it is a limited liability company formed under the laws of Delaware and is a wholly owned subsidiary of First American Financial Corporation. First American Financial Corporation is a Delaware corporation headquartered in California.

DATED: December 18, 2025.

                                                                     Respectfully submitted,

                                                                     **NELSON MULLINS RILEY & SCARBOROUGH LLP**

                                                  By: */s/ Jacob Sparks*
                                                      **JACOB SPARKS**
                                                      State Bar No. 24066126
                                                      Email: Jacob.Sparks@NelsonMullins.com
                                                      5830 Granite Parkway, Suite 1000
                                                      Plano, Texas 75024
                                                      Telephone: (469) 484-4758
                                                      Facsimile: (469) 828-7217

        **MIRANDA GRANCHI**
        State Bar No. 24120862
        Email: Miranda.Granchi@NelsonMullins.com
        1111 Bagby Street, Suite 2100
        Houston, Texas 77002
        Telephone: (346) 646-5803
        Facsimile: (346) 241-3758

        *Attorneys for Defendant ServiceMac, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify on December 18, 2025 that a true and correct copy of the foregoing document was served on the following via the court's electronic filing system.

        By: */s/ Jacob Sparks*
        **JACOB SPARKS**