# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| KATIE VOSS AND JAMIE VOSS | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | Civ. No. 1:25-cv-2074 |
| AMERIHOME MORTGAGE COMPANY, LLC; INVESTOR NEST PROPERTIES; SERVICEMAC, LLC; AND DOES 1 THROUGH 15, INCLUSIVE. | § § § § § § § | |
| Defendants. | § | |

## AMENDED CERTIFICATE OF CONFERENCE

Defendant ServiceMac, LLC ("***ServiceMac***") respectfully files this Amended Certificate of Conference for its Emergency Motion for Extension of Time to Respond to Plaintiffs Katie Voss and Jamie Voss's (together, "***Plaintiffs***") Motion to Remand [ECF No. 10] (the "***Motion***").

On January 28, 2026, at 2:36 p.m. CST, counsel for ServiceMac attempted to conference with Plaintiffs on the issues raised in its Motion via email. ServiceMac filed its Motion that same day.

Plaintiffs did not respond until February 3, 2026, at 12:26 a.m. CST. In that response, Plaintiffs indicated that they agreed to an extension of ServiceMac's time to respond to their Motion to Remand.

Accordingly, ServiceMac's Emergency Motion for Extension of Time to Respond to Plaintiffs' Motion to Remand is ***unopposed***.

1

Respectfully submitted,

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: */s/ Miranda Granchi*
    **JACOB SPARKS**
    State Bar No. 24066126
    Email: Jacob.Sparks@NelsonMullins.com
    5830 Granite Parkway, Suite 1000
    Plano, Texas 75024
    Telephone: (469) 484-4758
    Facsimile: (469) 828-7217

    **MIRANDA GRANCHI**
    State Bar No. 24120862
    Email: Miranda.Granchi@NelsonMullins.com
    1111 Bagby Street, Suite 2100
    Houston, Texas 77002
    Telephone: (346) 646-5803
    Facsimile: (346) 241-3758

    *Attorneys for Defendant ServiceMac, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2026 a true and correct copy of the foregoing document was served on all counsel of record and pro se Plaintiffs via CM/ECF.

By: */s/ Miranda Granchi*
    **MIRANDA GRANCHI**