UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KATIE VOSS AND JAMIE VOSS § <br> § <br> *Plaintiffs*, § <br> § <br> vs. § <br> § Civ. No. 1:25-cv-2074 <br> AMERIHOME MORTGAGE COMPANY, § <br> LLC; INVESTOR NEST PROPERTIES; § <br> SERVICEMAC, LLC; AND DOES 1 § <br> THROUGH 15, INCLUSIVE. § <br> § <br> *Defendants*. § <br> § | |

## DEFENDANT SERVICEMAC, LLC'S AMENDED
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed R. Civ. P. 7.1 Defendant Servicemac, LLC ("*Servicemac*") states that it is a limited liability company formed under the laws of Delaware and is a wholly owned subsidiary of First American ServiceMac Holdings, LLC. First American ServiceMac Holdings, LLC's members are four individuals who are citizens of North Carolina, Pennsylvania, and California.

DATED: February 11, 2026.

Respectfully submitted,

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: */s/ Jacob Sparks*
**JACOB SPARKS**
State Bar No. 24066126
Email: Jacob.Sparks@NelsonMullins.com
5830 Granite Parkway, Suite 1000
Plano, Texas 75024
Telephone: (469) 484-4758
Facsimile: (469) 828-7217

**MIRANDA GRANCHI**
State Bar No. 24120862
Email: Miranda.Granchi@NelsonMullins.com
1111 Bagby Street, Suite 2100
Houston, Texas 77002
Telephone: (346) 646-5803
Facsimile: (346) 241-3758

*Attorneys for Defendant ServiceMac, LLC*

## CERTIFICATE OF SERVICE

I hereby certify on February 11, 2026 that a true and correct copy of the foregoing document was served on the following via the court's electronic filing system.

By: */s/ Jacob Sparks*
**JACOB SPARKS**