UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KATIE VOSS AND JAMIE VOSS, | § § § | |
| *Plaintiffs*, | § § | |
| vs. | § § | Civ. No. 1:25-cv-02074-DAE |
| AMERIHOME MORTGAGE COMPANY, LLC; INVESTOR NEST PROPERTIES; SERVICEMAC, LLC; AND DOES 1 THROUGH 15, INCLUSIVE, | § § § § § § § | |
| *Defendants*. | § | |

**AMENDED CERTIFICATE OF SERVICE TO RESPONSE TO PLAINTIFFS' MOTION TO REMAND TO STATE COURT**

In accordance with the *Deficiency Notice*, the undersigned hereby certifies that on December 12, 2026, a true and correct copy of Defendant ServiceMac, LLC's Response to Plaintiffs' Motion to Remand to State Court [ECF No. 14] was served on the *pro se* plaintiff, Jamie Voss, by mail via FedEx overnight and First Class Mail at: 210 W. Avenue F, Jarrell, Texas 76537.

Respectfully submitted,

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: */s/ Jacob Sparks*
**JACOB SPARKS**
State Bar No. 24066126
Email: Jacob.Sparks@NelsonMullins.com
5830 Granite Parkway, Suite 1000
Plano, Texas 75024
Telephone: (469) 484-4758
Facsimile: (469) 828-7217

**MIRANDA GRANCHI**
State Bar No. 24120862
Email: Miranda.Granchi@NelsonMullins.com
1111 Bagby Street, Suite 2100
Houston, Texas 77002
Telephone: (346) 646-5803
Facsimile: (346) 241-3758

*Attorneys for Defendant ServiceMac, LLC*

### CERTIFICATE OF SERVICE

I hereby certify on February 12, 2026, that a true and correct copy of the foregoing document was served on Katie Voss via the court's electronic filing system. I further certify on February 12, 2026, that a true and correct copy of the foregoing document was served via overnight Fedex and first class mail on Jamie Voss, 210 W. Avenue F, Jarrell, Texas 76537.

By: */s/ Jacob Sparks*
**JACOB SPARKS**