UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KATIE VOSS AND JAMIE VOSS, § § *Plaintiffs*, § § vs. § § Civ. No. 1:25-cv-02074-DAE § AMERIHOME MORTGAGE § COMPANY, LLC; INVESTOR NEST § PROPERTIES; SERVICEMAC, LLC; § AND DOES 1 THROUGH 15, § INCLUSIVE, § § *Defendants*. § | |

## SCHEDULING RECOMMENDATIONS

The parties recommend that the following deadlines be entered in the scheduling order to control the course of this case:

1. The parties must mediate this case on or before **July 31, 2026** and file a report in accordance with Rule 88 after the mediation is completed.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by **March 13, 2026**, and each opposing party shall respond, in writing, by **March 27, 2026**.

3. The parties shall file all motions to amend or supplement pleadings or to join additional parties by **April 14, 2026**.

4. All parties asserting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by FED. R. CIV. P. 26(a)(2)(B) by **March 17, 2026**. Parties resisting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by FED. R. CIV. P. 26(a)(2)(B) by **May 1, 2026.** All designations of rebuttal experts shall be designated within fourteen (14) days of receipt of the report of the opposing expert.

1

5. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within thirty (30) days of receipt of the written report of the expert's proposed testimony, or within thirty (30) days of the expert's deposition, if a deposition is taken, whichever is later.

6. The parties shall complete all discovery on or before **June 15, 2026**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions shall be filed no later than **July 15, 2026**. Dispositive motions as defined in Local Rule CV-7(c) and responses to dispositive motions shall be limited to twenty (20) pages in length. Replies, if any, shall be limited to ten (10) pages in length in accordance with Local Rule CV-7(e). **If parties elect not to file dispositive motions, they must contact the courtroom deputy on or before this deadline in order to set a trial date.**

8. The hearing on dispositive motions will be set by the Court for a date after the deadline for responses and replies.

9. The Court will set the case for trial by separate order. The order will establish trial type deadlines to include pretrial matters pursuant to Local Rule CV-16(e)-(g).

10. All of the parties who have appeared in the action conferred regarding the contents of the proposed scheduling order on February 16, 2026, and the parties have *agreed* as to its contents. Plaintiff offers the following explanation of why all parties have not been served: Plaintiff believes the remaining defendants have been served but is currently unable to locate the returns of service.

**NELSON MULLINS**
**RILEY & SCARBOROUGH LLP**

By: /s/ Jacob Sparks
**JACOB SPARKS**
State Bar No. 24066126
Jacob.Sparks@NelsonMullins.com
5830 Granite Parkway, Suite 1000
Plano, Texas 75024
Telephone: (469) 484-4758
Facsimile: (469) 828-7217

**MIRANDA GRANCHI**
State Bar No. 24120862
Miranda.Granchi@NelsonMullins.com
1111 Bagby Street, Suite 2100
Houston, Texas 77002
Telephone: (346) 646-5803
Facsimile: (346) 241-3758

*Attorneys for Defendant ServiceMac, LLC*

By: /s/ Katie Voss (with permission)
**KATIE VOSS**, *Pro Se Plaintiff*
kvoss@vossandsonsconst.com
210 W Avenue F
Jarrel, Texas 76537
Telephone: (512) 635-5747

By: /s/ Jamie Voss (with permission)
**JAMIE VOSS**, *Pro Se Plaintiff*
kvoss@vossandsonsconst.com
210 W Avenue F
Jarrel, Texas 76537
Telephone: (512) 635-5747