**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| KATIE VOSS AND JAMIE VOSS, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| vs. | § | |
| | § | Civ. No. 1:25-cv-02074-DAE |
| AMERIHOME MORTGAGE COMPANY, | § | |
| LLC; INVESTOR NEST PROPERTIES; | § | |
| SERVICEMAC, LLC; and DOES 1 | § | |
| THROUGH 15, INCLUSIVE, | § | |
| | § | |
| *Defendants*. | § | |

---

**DEFENDANT AMERIHOME MORTGAGE COMPANY, LLC'S**
**ORIGINAL ANSWER**

---

Defendant AmeriHome Mortgage Company, LLC ("***AmeriHome***" or "***Defendant***") files its Original Answer to Plaintiffs Katie Voss's and Jamie Voss's (together, the "***Plaintiffs***") Original Petition (the "***Petition***").

## I.    ANSWER

### Summary

1.    AmeriHome denies the allegations set forth in paragraph 1 of the Petition.

2.    AmeriHome denies the allegations set forth in paragraph 2 of the Petition.

3.    AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 3 in the Petition and, therefore, denies the same.

4.    AmeriHome denies the allegations set forth in paragraph 4 of the Petition.

---

**Plaintiffs' Exhibits**

**5.**    AmeriHome is not required to respond to paragraph 5; however, to the extent a response is required, AmeriHome admits that the exhibits described in paragraph 5 appear to be attached to the Petition but denies that the exhibits evidence that Plaintiffs are entitled to the relief sought.

**Discovery and Control Plan**

**6.**    AmeriHome is not required to respond to paragraph 6; however, to the extent a response is necessary, AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 6 of the Petition, and, therefore, denies the same.

**Parties and Service**

**7.**    AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 7 of the Petition, and, therefore, denies the same.

**8.**    AmeriHome admits that it has done business in Williamson County, Texas but denies that it is a "Texas Company"; AmeriHome is without sufficient knowledge to admit or deny the allegations set forth in paragraph 7 of the Petition pertaining to Does 1 through 5, and, therefore, denies the same.

**9.**    AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 9 of the Petition, and, therefore, denies the same.

**10.**    AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 10 of the Petition, and, therefore, denies the same.

**11.**    AmeriHome is not required to respond to paragraph 11 of the Petition; however, to the extent a response is necessary, AmeriHome denies the allegations in paragraph 11.

**12.**    AmeriHome denies the allegations set forth in paragraph 12 of the Petition.

## Jurisdiction and Venue

13.     AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 13(a) of the Petition, and, therefore, denies the same.

14.     AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 13(b) of the Petition, and, therefore, denies the same.

15.     AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 13(c) of the Petition, and, therefore, denies the same.

16.     AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 13(d) of the Petition, and, therefore, denies the same.

17.     AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 14 of the Petition, and, therefore, denies the same.

## General Allegations

18.     AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 15 of the Petition, and, therefore, denies the same.

19.     AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 16 of the Petition, and, therefore, denies the same.

20.     AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 17(a) of the Petition, and, therefore, denies the same.

21.     AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 17(b) of the Petition, and, therefore, denies the same.

22.     AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 17(c)(i) of the Petition, and, therefore, denies the same.

**23.** AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 17(c)(ii) of the Petition, and, therefore, denies the same.

**24.** AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 17(c)(iii) of the Petition, and, therefore, denies the same.

**25.** AmeriHome admits that Plaintiffs and AmeriHome entered into a loan modification agreement that was later recorded in the real property records of Williamson County, Texas but denies all remaining allegations in paragraph 17(d) of the Petition.

**26.** AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 18(a) of the Petition, and, therefore, denies the same.

**27.** AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 18(b) of the Petition, and, therefore, denies the same.

**28.** AmeriHome admits that, at one point, AmeriHome was the servicer of Plaintiffs' mortgage, but is without sufficient information to admit or deny the remaining allegations set forth in paragraph 18(c) of the Petition, and, therefore, denies the same.

**29.** AmeriHome admits that in December 2020 it sent a delinquency notice to Plaintiffs due to their admitted default under the loan agreement, but AmeriHome is without sufficient knowledge to admit or deny the remaining allegations in paragraph 18(d) of the Petition and, therefore, denies the same.

**30.** AmeriHome is without sufficient knowledge to admit or deny the allegations in paragraph 18(e) of the Petition and, therefore, denies the same.

**31.** AmeriHome is without sufficient knowledge to admit or deny the allegations in paragraph 18(f) of the Petition and, therefore, denies the same.

**32.**     AmeriHome admits Plaintiffs were in default on the loan due to Plaintiffs' failure to make all required payments, but is without sufficient knowledge to admit or deny the remaining allegations in paragraph 18(g) and, therefore, denies the same.

**33.**     AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 18(h) of the Petition, and, therefore, denies the same.

**34.**     AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 18(i) of the Petition, and, therefore, denies the same.

**35.**     AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 18(j) of the Petition, and, therefore, denies the same.

**36.**     AmeriHome admits Plaintiffs were in default on the loan due to Plaintiffs' failure to make all required payments, but is without sufficient information to admit or deny the remaining allegations set forth in paragraph 18(k) of the Petition, and, therefore, denies the same.

**37.**     AmeriHome admits that it denied an application for a loan modification made by Plaintiffs, but is without sufficient information to admit or deny the remaining allegations set forth in paragraph 18(l) of the Petition, and, therefore, denies the same.

**38.**     AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 18(m) of the Petition, and, therefore, denies the same.

**39.**     AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 18(n) of the Petition, and, therefore, denies the same.

**40.**     AmeriHome admits that it denied Plaintiffs' application for a loan modification, but denies the remaining allegations set forth in paragraph 18(o) of the Petition.

41. AmeriHome admits that a loan modification agreement between Plaintiffs and AmeriHome was executed on August 22, 2024, but it is without sufficient information to admit or deny the remaining allegations in paragraph 18(p) of the Petition.

42. AmeriHome admits that AmeriHome and Plaintiffs executed a loan modification agreement, but is without sufficient information to admit or deny the allegations set forth in paragraph 18(q) of the Petition, and, therefore, denies the same.

43. AmeriHome admits that Plaintiffs continued to default on their payment obligations after the execution of the loan modification agreement, but it is without sufficient information to admit or deny the remaining allegations in paragraph 18(r) of the Petition and, therefore, denies the same.

44. AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 18(s) of the Petition, and, therefore, denies the same.

45. AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 18(t) of the Petition, and, therefore, denies the same.

46. AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 18(u) of the Petition, and, therefore, denies the same.

47. AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 18(v) of the Petition, and, therefore, denies the same.

48. AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 18(w) of the Petition, and, therefore, denies the same.

49. AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 18(x) of the Petition, and, therefore, denies the same.

50. AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 18(y) of the Petition, and, therefore, denies the same.

**51.**     AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 18(z) of the Petition, and, therefore, denies the same.

**52.**     AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 18(aa) of the Petition, and, therefore, denies the same.

**53.**     AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 18(bb) of the Petition, and, therefore, denies the same.

**54.**     AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 18(cc) of the Petition, and, therefore, denies the same.

**55.**     AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 18(dd) of the Petition, and, therefore, denies the same.

**56.**     AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 19 of the Petition, and, therefore, denies the same.

**57.**     AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 19(a) of the Petition, and, therefore, denies the same.

**58.**     AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 19(b) of the Petition, and, therefore, denies the same.

**59.**     AmeriHome is not required to respond to paragraph 20 of the Petition, but to the extent a response is required, AmeriHome denies the same.

**60.**     AmeriHome denies the allegations set forth in paragraph 21 of the Petition.

**61.**     AmeriHome is not required to respond to the allegations in paragraph 22 of the Petition, but to the extent a response is required, AmeriHome denies the same.

## Claims for Relief
### First Cause of Action
### (Breach of Contract – Against ServiceMac and Investor Nest)

62.     AmeriHome denies the allegations set forth in paragraph 23 of the Petition.

63.     AmeriHome denies the allegations set forth in paragraph 24 of the Petition.

64.     AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 25 of the Petition, and, therefore, denies the same.

65.     AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 26 of the Petition, and, therefore, denies the same.

66.     AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 27(a) of the Petition, and, therefore, denies the same.

67.     AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 27(b) of the Petition, and, therefore, denies the same.

68.     AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 27(c) of the Petition, and, therefore, denies the same.

69.     AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 27(c)(i) of the Petition, and, therefore, denies the same.

70.     AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 27(c)(ii) of the Petition, and, therefore, denies the same.

71.     AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 27(c)(iii) of the Petition, and, therefore, denies the same.

72.     AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 27(c)(iv) of the Petition, and, therefore, denies the same.

**73.**    AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 27(d) of the Petition, and, therefore, denies the same.

**74.**    AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 27(d)(i) of the Petition, and, therefore, denies the same.

**75.**    AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 28 of the Petition, and, therefore, denies the same.

**76.**    AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 29(a) of the Petition, and, therefore, denies the same.

**77.**    AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 29(b) of the Petition, and, therefore, denies the same.

**78.**    AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 29(c) of the Petition, and, therefore, denies the same.

**79.**    AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 29(d) of the Petition, and, therefore, denies the same.

**80.**    AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 29(e) of the Petition, and, therefore, denies the same.

**81.**    AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 30 of the Petition, and, therefore, denies the same.

**82.**    AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 30(a) of the Petition, and, therefore, denies the same.

**83.**    AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 30(b) of the Petition, and, therefore, denies the same.

**84.**     AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 31 of the Petition, and, therefore, denies the same.

**85.**     AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 32 of the Petition, and, therefore, denies the same.

**86.**     AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 33 of the Petition, and, therefore, denies the same.

**Second Cause of Action**
**(Breach of Covenant of Good Faith & Fair Dealing – All Defendants)**

**87.**     AmeriHome denies the allegations set forth in paragraph 34 of the Petition.

**88.**     AmeriHome denies the allegations set forth in paragraph 35 of the Petition.

**89.**     AmeriHome denies the allegations set forth in paragraph 36 of the Petition.

**90.**     AmeriHome admits that at one point in time it was the servicer of Plaintiffs' mortgage, but denies the remaining allegations set forth in paragraph 37.

**91.**     AmeriHome denies the allegations set forth in paragraph 38(a) of the Petition.

**92.**     AmeriHome denies the allegations set forth in paragraph 38(b) of the Petition.

**93.**     AmeriHome denies the allegations set forth in paragraph 38(c) of the Petition.

**94.**     AmeriHome denies the allegations set forth in paragraph 38(d) of the Petition.

**95.**     AmeriHome denies the allegations set forth in paragraph 38(e) of the Petition.

**96.**     AmeriHome denies the allegations set forth in paragraph 38(f) of the Petition.

**97.**     AmeriHome denies the allegations set forth in paragraph 38(g) of the Petition.

**98.**     AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 38(h) of the Petition, and, therefore, denies the same.

**99.**     AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 38(i) of the Petition, and, therefore, denies the same.

**100.**    AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 38(j) of the Petition, and, therefore, denies the same.

**101.**    AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 38(k) of the Petition, and, therefore, denies the same.

**102.**    AmeriHome denies the allegations set forth in paragraph 38(m) of the Petition.

**103.**    AmeriHome denies the allegations set forth in paragraph 39 of the Petition.

### Third Cause of Action
### (Fraudulent Misrepresentation – All Defendants)

**104.**    AmeriHome denies the allegations set forth in paragraph 40 of the Petition.

**105.**    AmeriHome denies the allegations set forth in paragraph 41 of the Petition.

**106.**    AmeriHome denies the allegations set forth in paragraph 42 of the Petition.

**107.**    AmeriHome denies the allegations set forth in paragraph 42(a) of the Petition.

**108.**    AmeriHome denies the allegations set forth in paragraph 42(b) of the Petition.

**109.**    AmeriHome denies the allegations set forth in paragraph 42(c) of the Petition.

**110.**    AmeriHome denies the allegations set forth in paragraph 42(d) of the Petition.

**111.**    AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 42(e) of the Petition, and, therefore, denies the same.

**112.**    AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 42(f) of the Petition, and, therefore, denies the same.

**113.**    AmeriHome denies the allegations set forth in paragraph 43 of the Petition.

**114.**    AmeriHome denies the allegations set forth in paragraph 44 of the Petition.

**115.**    AmeriHome denies the allegations set forth in paragraph 45 of the Petition.

**116.**    AmeriHome denies the allegations set forth in paragraph 46 of the Petition.

**117.**    AmeriHome denies the allegations set forth in paragraph 47 of the Petition.

**118.**    AmeriHome denies the allegations set forth in paragraph 48 of the Petition.

### Fourth Cause of Action
### (Negligent Misrepresentation – All Defendants)

**119.**    AmeriHome denies the allegations set forth in paragraph 49 of the Petition.

**120.**    AmeriHome denies the allegations set forth in paragraph 50 of the Petition.

**121.**    AmeriHome denies the allegations set forth in paragraph 51 of the Petition.

**122.**    AmeriHome denies the allegations set forth in paragraph 52 of the Petition.

**123.**    AmeriHome denies the allegations set forth in paragraph 53 of the Petition.

**124.**    AmeriHome denies the allegations set forth in paragraph 54 of the Petition.

### Fifth Cause of Action
### (Fraudulent Concealment – All Defendants)

**125.**    AmeriHome denies the allegations set forth in paragraph 55 of the Petition.

**126.**    AmeriHome denies the allegations set forth in paragraph 56 of the Petition.

**127.**    AmeriHome denies the allegations set forth in paragraph 57 of the Petition.

**128.**    AmeriHome denies the allegations set forth in paragraph 58 of the Petition.

**129.**    AmeriHome denies the allegations set forth in paragraph 59 of the Petition.

**130.**    AmeriHome denies the allegations set forth in paragraph 60 of the Petition.

**131.**    AmeriHome denies the allegations set forth in paragraph 61 of the Petition.

### Sixth Cause of Action
### (Quiet Title – All Defendants)

**132.**    AmeriHome denies the allegations set forth in paragraph 62 of the Petition.

**133.**    AmeriHome denies the allegations set forth in paragraph 63 of the Petition.

**134.**    AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 64, and, therefore, denies the same.

**135.**    AmeriHome denies the allegations set forth in paragraph 65 of the Petition.

**136.**   AmeriHome denies the allegations set forth in paragraph 66 of the Petition.

**137.**   AmeriHome denies the allegations set forth in paragraph 67 of the Petition.

**138.**   AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 68 of the Petition, and, therefore, denies the same.

### Seventh Cause of Action
### (Violation of the Deceptive Trade Practices Act – All Defendants)

**139.**   AmeriHome denies the allegations set forth in paragraph 69 of the Petition.

**140.**   AmeriHome denies the allegations set forth in paragraph 70 of the Petition.

**141.**   AmeriHome denies the allegations set forth in paragraph 71(a) of the Petition.

**142.**   AmeriHome denies the allegations set forth in paragraph 71(b) of the Petition.

**143.**   AmeriHome denies the allegations set forth in paragraph 71(c) of the Petition.

**144.**   AmeriHome denies the allegations set forth in paragraph 71(d) of the Petition.

**145.**   AmeriHome denies the allegations set forth in paragraph 71(e) of the Petition.

**146.**   AmeriHome denies the allegations set forth in paragraph 71(f) of the Petition.

**147.**   AmeriHome denies the allegations set forth in paragraph 71(g) of the Petition.

**148.**   AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 71(h) of the Petition, and, therefore, denies the same.

**149.**   AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 71(i) of the Petition, and, therefore, denies the same.

**150.**   AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 71(j) of the Petition, and, therefore, denies the same.

**151.**   AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 71(k) of the Petition, and, therefore, denies the same.

**152.**   AmeriHome denies the allegations set forth in paragraph 71(l) of the Petition.

153.    AmeriHome denies the allegations set forth in paragraph 71(m) of the Petition.

154.    AmeriHome denies the allegations set forth in paragraph 72 of the Petition.

155.    AmeriHome denies the allegations set forth in paragraph 73 of the Petition.

156.    AmeriHome denies the allegations set forth in paragraph 74 of the Petition.

<b>Eighth Cause of Action<br>(Accounting - ServiceMac)</b>

157.    AmeriHome denies the allegations set forth in paragraph 75 of the Petition.

158.    AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 76 of the Petition, and, therefore, denies the same.

159.    AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 77 of the Petition, and, therefore, denies the same.

160.    AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 78 of the Petition, and, therefore, denies the same.

<b><u>Conditions Precedent</u></b>

161.    AmeriHome denies the allegations set forth in paragraph 79 of the Petition; specifically, that all conditions precedent to Plaintiffs' claims have been performed or are otherwise satisfied.

<b><u>Statement Pursuant to TRCP 47</u></b>

162.    AmeriHome is without sufficient information to admit or deny the allegations set forth in paragraph 80 of the Petition, and, therefore, denies the same.

<b><u>Demand for Jury Trial</u></b>

163.    AmeriHome admits that Plaintiffs have requested a jury trial in this case.

<b><u>Prayer for Relief</u></b>

164.    AmeriHome denies that Plaintiffs are entitled to the relief sought.

## II.  AFFIRMATIVE DEFENSES

165. Plaintiffs fail to state a claim upon which relief can be granted.

166. Plaintiffs' claims are barred, in whole or in part, by the statute of frauds.

167. Plaintiffs' claims are barred, in whole or in part, by their prior material breach.

168. Plaintiffs' claims are barred, in whole or in part, due to Plaintiffs' waiver.

169. Plaintiffs' claims are barred, in whole or in part, by the doctrines of estoppel, including equitable estoppel, quasi-estoppel, promissory estoppel, and judicial estoppel.

170. Plaintiffs' claims are barred, in whole or in part, by the doctrine of laches.

171. Plaintiffs' claims are barred in whole or in part by justification because AmeriHome was exercising (**a**) its own legal rights; or (**b**) a good faith claim to a colorable legal right.

172. Plaintiffs' claims are barred in whole or in part because they would otherwise be unjustly enriched.

173. Plaintiffs' claims are barred, in whole or in part, by the economic loss rule.

174. Plaintiffs' claims are barred, in whole or in part, by Plaintiffs' failure to act in a reasonable manner.

175. Plaintiffs' claims are barred, in whole or in part, because the Plaintiffs' interpretation of the written agreements would be unconscionable.

176. AmeriHome reserves the right to assert additional defenses that may become relevant or apparent through the course of discovery or this litigation.

## III.  ATTORNEY'S FEES

177. Unless expressly admitted herein, AmeriHome denies each and every allegation contained in Plaintiffs' Petition and each cause of action therein.

## IV.   PRAYER

**178.**   Unless expressly admitted herein, AmeriHome denies each and every allegation contained in Plaintiffs' Petition and each cause of action therein.

WHEREFORE, AmeriHome prays the Court enter judgment in favor of AmeriHome and against Plaintiffs as follows:

**A.**  That Plaintiffs take nothing for its Petition;

**B.**  That AmeriHome should be awarded its reasonable attorneys' fees and costs; and

**C.**  For such other relief as the Court deems just and proper under the circumstances.

Respectfully submitted,

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: */s/ Jacob Sparks*
**JACOB SPARKS**
State Bar No. 24066126
Email: Jacob.Sparks@NelsonMullins.com
5830 Granite Parkway, Suite 1000
Plano, Texas 75024
Telephone: (469) 484-4758
Facsimile: (469) 828-7217

**MIRANDA GRANCHI**
State Bar No. 24120862
Email: Miranda.Granchi@NelsonMullins.com
1111 Bagby Street, Suite 2100
Houston, Texas 77002
Telephone: (346) 646-5803
Facsimile: (346) 241-3758

*Attorneys for Defendant AmeriHome, LLC*
*and ServiceMac, LLC*

## CERTIFICATE OF SERVICE

I hereby certify on April 1, 2026, that a true and correct copy of the foregoing document was served on Katie Voss via the court's electronic filing system. I further certify on April 1, 2026, that a true and correct copy of the foregoing document was served via overnight Fedex and first-class mail on Jamie Voss, 210 W. Avenue F, Jarrell, Texas 76537.

By: */s/ Jacob Sparks*
**JACOB SPARKS**