**ELECTRONICALLY RECORDED** 2022058046
**Williamson County, Texas    Total Pages: 2**

> **EXHIBIT**
>
> **1**

# CORPORATE ASSIGNMENT OF DEED OF TRUST

**FOR GOOD AND VALUABLE CONSIDERATION,** the sufficiency of which is hereby acknowledged, the undersigned, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (''MERS''), AS BENEFICIARY, AS NOMINEE FOR SENTE MORTGAGE, INC., ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026)** by these presents does convey, grant, assign, transfer and set over the described Deed of Trust, all liens, and any rights due or to become due thereon, to **AMERIHOME MORTGAGE COMPANY, LLC, WHOSE ADDRESS IS 1 BAXTER WAY, SUITE 300, THOUSAND OAKS, CA 91362, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).**

Said Deed of Trust bearing the date 05/30/2019, was executed by **KATIE VOSS AND JAMIE VOSS, WIFE AND HUSBAND to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS BENEFICIARY, AS NOMINEE FOR SENTE MORTGAGE, INC., ITS SUCCESSORS AND ASSIGNS** and recorded as **Doc # 2019047136**, in the records of Real Property of **WILLIAMSON** County, **Texas**.

**IN WITNESS WHEREOF**, this Assignment is executed **this 10th day of May in the year 2022.**
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (''MERS''), AS BENEFICIARY, AS NOMINEE FOR SENTE MORTGAGE, INC., ITS SUCCESSORS AND ASSIGNS**

**JACKELYNN MEDERO**

**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA
COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on this 10th day of May in the year 2022, by Jackelynn Medero as VICE PRESIDENT of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (''MERS''), AS BENEFICIARY, AS NOMINEE FOR SENTE MORTGAGE, INC., ITS SUCCESSORS AND ASSIGNS, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

**AARON BURDICK**
**COMM EXPIRES: 11/22/2024**



> **AARON BURDICK**
> Notary Public - State of Florida
> Commission # HH 066179
> My Comm. Expires Nov 22, 2024
> Bonded through National Notary Assn.

**Document Prepared By: Dave LaRose/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152**
When Recorded Return To: Cenlar FSB C/O Nationwide Title Clearing, LLC, 2100 Alt. 19 North, Palm Harbor, FL 34683
CENAV 432299882 MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) DEFAULT
MIN 100632800000661485 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026 DOCR T 02205-12:19:59 [C-1] EFRMTX1

*D0093735728*

## ELECTRONICALLY RECORDED
## OFFICIAL PUBLIC RECORDS

**2022058046**

Pages: 2      Fee:  $26.00
05/10/2022      10:06 AM
LMUELLER



Nancy E. Rister, County Clerk
Williamson County,Texas

Unofficial Document