ELECTRONICALLY RECORDED 2025071568
Williamson County, Texas    Total Pages: 7

**EXHIBIT**

**3**

Title: LOAN MODIFICATION AGREEMENT (DEED OF TRUST)

This Document Prepared By:
**JASON SHANE**
**SERVICEMAC**
**9726 OLD BAILES RD, UNIT 200**
**FORT MILL, SC 29707**
**866-978-2622**
**NMLS# 135776**

When Recorded Mail To:
**FIRST AMERICAN TITLE**
**DTO REC., MAIL CODE: 4002**
**4795 REGENT BLVD**
**IRVING, TX 75063**

**Tax/Parcel #: R012340**

_____ [Space Above This Line for Recording Data] _____

| | |
|---|---|
| **Original Principal Amount: $250,381.00** | **FHA/VA/RHS Case No.:514-1949741-703** |
| **Unpaid Principal Amount: $242,008.70** | **Loan No: 8114108269** |
| **New Principal Amount: $268,811.80** | |

# LOAN MODIFICATION AGREEMENT (DEED OF TRUST)

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OF THE FOLLOWING INFORMATION FROM THIS INSTRUMENT BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVERS LICENSE NUMBER.

This Loan Modification Agreement ("Agreement"), made this **1ST** day of **JULY, 2025**, between **KATIE VOSS AND JAMIE VOSS, WIFE AND HUSBAND** ("Borrower"), whose address is **11536 FM 580 EAST, KEMPNER, TX 76539** and **AMERIHOME MORTGAGE COMPANY, LLC** ("Lender"), whose address is **1 BAXTER WAY 3RD FLOOR, WESTLAKE VILLAGE, CA 91362**, amends and supplements (1) the Mortgage, Deed of Trust or Security Deed (the "Security Instrument"), dated **MAY 30, 2019** and recorded on **MAY 31, 2019** in **INSTRUMENT NO. 2019047136**, of the **OFFICIAL** Records of **WILLIAMSON COUNTY, TEXAS**, and (2) the Note **bearing the same date as**, and secured by, the

HUD Modification Agreement 09232024_45

SM JHE ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖8114108269

Security Instrument, which covers the real and personal property described in the Security Instrument and defined therein as the "Property", located at

**210 WEST AVENUE F, JARRELL, TEXAS 76537**
(Property Address)

the real property described is located in **WILLIAMSON County, TEXAS** and being set forth as follows:

**Legal Description: SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF:**

In consideration of the mutual promises and agreements exchanged, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Note or Security Instrument):

1.  As of, **AUGUST 1, 2025** the amount payable under the Note and the Security Instrument (the "Unpaid Principal Balance") is U.S. **$268,811.80**, consisting of the amount(s) loaned to Borrower by Lender, plus capitalized interest and other amounts capitalized, which is limited to escrows, and any legal fees and related foreclosure costs that may have been accrued for work completed, in the amount of U.S. **$27,777.34**.

2.  Borrower promises to pay the Unpaid Principal Balance, plus interest, to the order of Lender. Interest will be charged on the Unpaid Principal Balance at the yearly rate of **7.2500%**, from **AUGUST 1, 2025**. The Borrower promises to make monthly payments of principal and interest of U.S. **$1,719.51**, beginning on the **1ST** day of **SEPTEMBER, 2025,** and continuing thereafter on the same day of each succeeding month until principal and interest are paid in full. If on **AUGUST 1, 2065** (the "Maturity Date"), the Borrower still owes amounts under the Note and the Security Instrument, as amended by this Agreement, Borrower will pay these amounts in full on the Maturity Date.

3.  If all or any part of the Property or any interest in it is sold or transferred (or if a beneficial interest in the Borrower is sold or transferred and the Borrower is not a natural person) without the Lender's prior written consent, the Lender may require immediate payment in full of all sums secured by this Security Instrument.

    If the Lender exercises this option, the Lender shall give the Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which the Borrower must pay all sums secured by this Security Instrument. If the Borrower fails to pay these sums prior to the expiration of this period, the Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on the Borrower.

4.  The Borrower also will comply with all other covenants, agreements, and requirements of the Security Instrument, including without limitation, the Borrower's covenants and agreements to make all payments of taxes, insurance premiums, assessments, escrow items, impounds, and all other payments that the Borrower is obligated to make under the Security Instrument; however, the following terms and provisions are forever cancelled, null and void, as of the date specified in Paragraph No. 1 above:
    (a) all terms and provisions of the Note and Security Instrument (if any) providing for, implementing, or relating to, any change or adjustment in the rate of interest payable under the Note; and
    (b) all terms and provisions of any adjustable rate rider, or other instrument or document that is affixed to, wholly or partially incorporated into, or is part of, the Note or Security Instrument and that contains any such terms and provisions as those referred to in (a) above.

5.  Nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note and Security Instrument. Except as otherwise specifically provided in this Agreement, the

HUD Modification Agreement 09232024_45

**SM JHE** ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖**8114108269**

Note and Security Instrument will remain unchanged, and Borrower and Lender will be bound by, and comply with, all of the terms and provisions thereof, as amended by this Agreement.

6. Borrower agrees to make and execute other documents or papers as may be necessary to effectuate the terms and conditions of this Agreement which, if approved and accepted by Lender, shall bind and inure to the heirs, executors, administrators, and assigns of the Borrower.

Unofficial Document

HUD Modification Agreement 09232024_45

SM JHE  8114108269

In Witness Whereof, I have executed this Agreement.

_____          8/7/25
Borrower: **KATIE VOSS**                                                                    Date

_____          8/7/2025
Borrower: **JAMIE VOSS**                                                                   Date

_____[Space Below This Line for Acknowledgments]_____

## BORROWER ACKNOWLEDGMENT

State of **TEXAS**

County of **Bell**

This instrument was acknowledged before me, _Davonica Rembert_(Notary Public Name)
for **KATIE VOSS, JAMIE VOSS**:
☐ personally known to me or ☒ proved to me through _Texas Identification_ (description
of Identification Card or Document) to be the person(s) whose name(s) is/are subscribed to the foregoing
instrument and acknowledged to me that he/she/they executed the same for the purposes and consideration
therein expressed.

☐ This notarial act was an online notarization using communication technology

Given under my hand and seal of office this ____7____ day of __August__ (month), 20 __25__
(year)

_____
Notary Public's Signature

Notary Printed Name: _Davonica Rembert_

DAVONICA REMBERT
Notary ID #131559847
My Commission Expires
May 8, 2026

HUD Modification Agreement 09232024_45                     SM JHE  8114108269

In Witness Whereof, the Lender has executed this Agreement.

**AMERIHOME  MORTGAGE  COMPANY, LLC, BY SERVICEMAC, LLC  ITS  APPOINTED  ATTORNEY  IN FACT**

By _____    (print name) **Lyric Bynaum**    **Lyric Bynaum**    **SEP 0 5 2025**
                                 (title) **Vice President**    Date

_____ [Space Below This Line for Acknowledgments] _____

**LENDER  ACKNOWLEDGMENT**

State of TEXAS

County of DALLAS

This   instrument   was   acknowledged   before   me   on _____ **SEP 0 5 2025** _____ by

_____ **Lyric Bynaum** _____ , the _____ **Vice President** _____ of **AMERIHOME**

**MORTGAGE COMPANY, LLC, BY SERVICEMAC, LLC  ITS APPOINTED ATTORNEY IN FACT**, a

company, on behalf of the company.

_____ This notarial act was an online notarization using communication technology.

_____
Notary Public

                Toby A Yannacone-Smith
Printed Name: _____

My commission expires: _____ **DEC 2 1 2026**

> TOBY A YANNACONE SMITH
> Notary ID #134114402
> My Commission Expires
> December 21, 2026

HUD Modification Agreement 09232024_45

SM JHE |||||||||||||||||||8114108269

Unofficial Document

## EXHIBIT A

**BORROWER(S):  KATIE VOSS AND JAMIE VOSS, WIFE AND HUSBAND**

**LOAN NUMBER: 8114108269**

**LEGAL DESCRIPTION:**

The land referred to in this document is situated in the CITY OF JARRELL, COUNTY OF WILLIAMSON, STATE OF TEXAS, and described as follows:

LOTS 1 THROUGH 12, INCLUSIVE, BLOCK 39, TOWN OF JARRELL, WILLIAMSON COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN CABINET A, SLIDE 17, OF
THE MAP AND/OR PLAT RECORDS, WILLIAMSON COUNTY, TEXAS

ALSO KNOWN AS: 210 WEST AVENUE F, JARRELL, TEXAS 76537

Unofficial Document

HUD Modification Agreement 09232024_45

SM JHE ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖8114108269

Page 6

**ELECTRONICALLY RECORDED**
**OFFICIAL PUBLIC RECORDS**

**2025071568**

Pages: 7     Fee:  $45.00
09/10/2025     11:27 AM
OSALINAS

Nancy E. Rister, County Clerk
Williamson County,Texas

Unofficial Document