EXHIBIT

3

**May 2025 NOTICE OF FORECLOSURES**

| ENTRY NO | OWNER'S LAST NAME | FILE NO | CREATION DATE | ADDRESS | CITY | LEGAL DESCRIPTION |
|---|---|---|---|---|---|---|
| 65 | A-AFFORBDABLE BOAT & RV STORAGELLC | 006 | 4/15/2025 | No Address | No City | 30.01 acres, John McQueeen Survey, Abstract 426 |
| 19 | AARON | 019 | 3/18/2025 | No Address | No City | Lot 12, Block C, Forest Oaks Section Seven |
| 39 | ADVANCED CATALYST RENTALS LLC | 009 | 3/24/2025 | 2108 Deer Creek Trl. | Round Rock | Lot 35, Block C, Final Plat of Meadows of Chandler Creek Section 5 |
| 18 | APOLINARIO / VALDEZ | 018 | 3/18/2025 | 803 Ferndale Dr | Round Rock | Lot 20, Block E, Greenslopes at Lake Creek Section Four-A |
| 60 | ASHBY SIGNATURE HOMES LLC | 002 | 4/15/2025 | No Address | No City | Lot 1, Block "A" Southlake Ranch |
| 16 | BAILEY | 016 | 3/18/2025 | No Address | No City | Lot 11, Block AA, Santa Rita Ranch South Section 8B |
| 57 | BLIZZARD | 008 | 4/11/2025 | 1106 Thistle Trail | Cedar Park | Lot 7, Block T, Buttercup Creek Section 2 Village 9 |
| 43 | BRAVO DE RUEDA | 004 | 3/27/2025 | No Address | No City | Lot 16, Block E , The woods at Crystal Falls, Section One |
| 30 | BRYSON RIDGE CROSSING, LLC | 030 | 3/18/2025 | No Address | No City | Lot 1, Block B, Bryson Phase 7 and Phase 13 |
| 48 | BUENTELLO / MATA-BUENTELLO | 005 | 4/7/2025 | 240 Jennifer Lane | Leander | See Instrument |
| 1 | CADLWELL | 001 | 3/18/2025 | 1007 Guernsey Cove | Hutto | Lot 13, Block A, Hutto Crossing Phase 3, Section 1 |
| 31 | CALDERON-GUEVARA/ THOMAS | 001 | 3/24/2025 | 301 Creekside Drive | Hutto | Lot 35, The Cottonwood |
| 22 | CALVILLO | 022 | 3/18/2025 | 336 Mcintock Rd | Jarrell | Lot Nine (9), Block F, Cool Water, Phase 1 |
| 59 | CHAVEZ | 003 | 4/15/2025 | No Address | No City | Lot 6, in Vista Acres Subdivision |
| 50 | CHEN | 001 | 4/11/2025 | 14816 Fernhill Dr | Austin | Lot 26, Block A, Avery South Section 2, Phase 6 |
| 51 | CHEN | 002 | 4/11/2025 | 1121 Welch Way | Cedar Park | Lot 15, Block W, ot the Crossing at Carriage Hills Section 10 |
| 53 | CHREAR, LLC | 004 | 4/11/2025 | No Address | No City | Lot 3, in Block 8 of Vance's Addition, a subdivision in the city of Taylor |
| 7 | CLARK | 007 | 3/18/2025 | 161 Brickyard Lane | Jarrell | Lot 3, Block B, Sonterra West Phase 1B |
| 40 | CLARK | 001 | 3/27/2025 | 3008  Rock Rose Pl | Round Rock | Lot 6, Block A, of Forest Ridge Phase 8 |
| 34 | CRESWELL | 004 | 3/24/2025 | No Address | No City | Lot 90, Block G, Jester Farms Section 4 |
| 14 | CROSS | 014 | 3/18/2025 | 328 Foster Lane | Jarrell | Lot 14, Block 3, Of Sonterra West Setion III Phases 4 & 5 |
| 25 | DABNEY | 025 | 3/18/2025 | 107 Palestine Cv | Hutto | Lot 81, Block H, Park at Brushy Creek, Phase 3 |
| 37 | DANIELL | 007 | 3/24/2025 | No Address | No City | Lot 21, Block I of Atkin addition to Leander |
| 27 | DELGADO | 027 | 3/18/2025 | No Address | No City | Lot 18, Block H, Mustang Creek, Phase 3 |
| 4 | DEYOUNG | 004 | 3/18/2025 | 112 Silver Cove | Jarrell | Lot 29, Block E, of Sonterra west Phase V-B |
| 54 | EARGLE | 005 | 4/11/2025 | 417 Crescent Heights Dr | Georgetown | Lot 2, Block Z, Final plat of Crescent Bluff Section 4B |
| 58 | ENCISO | 004 | 4/15/2025 | No Address | No City | Being a 12.81 acre tract or parcel of land known as Tract A |
| 42 | FIELDS | 003 | 3/27/2025 | 509 Estes Park | Taylor | Lot  10, Block L, North Park Phase 6 |
| 56 | FIGUEROA/ VALDEZ | 007 | 4/11/2025 | 125 Palestine Cove | Hutto | Lot 72, Block H, The park at Brushy Creek Phase 3 |
| 44 | FINCH | 001 | 4/7/2025 | No Address | No City | Lot 1, Block I, Georgetown Village Section Six |
| 32 | FINN | 002 | 3/24/2025 | 308 Hummingbird Lane | Leander | Lot 66A, Block L, of Summerlyn Phase P-3B |
| 46 | FLEMING | 003 | 4/7/2025 | 1020 Vista View Dr, 302 | Georgetown | Unit 3B, AKA Unit 302, Vista Vera Condominiums |
| 3 | FLORES | 003 | 3/18/2025 | No Address | No City | Lot 8, Block F, Chapel Hill North, Section 3 |
| 15 | GAITAN | 015 | 3/18/2025 | No Address | No City | Lot 26, Twin Creek Farms Phase Two, Sec. One |
| 28 | GARCIA | 028 | 3/18/2025 | 2670 Ravenwood Dr | Round Rock | Lot 15, Block K, Sonoma Section 11 |
| 11 | GUZMAN | 011 | 3/18/2025 | 2608 Glen Field Drive | Cedar Park | Lot 16, Block E, Coventry crossing section 2 |
| 38 | HASTINGS | 008 | 3/24/2025 | 145 Engineers Pass | Jarrell | Lot 2, Block G, Sonterra West Phase V-B |
| 63 | HORTON | 008 | 4/15/2025 | 104 Galveston Island Lane | Georgetown | Lot 38, Block GG of Parkside at Mayfield Ranch, Section 14 |
| 36 | KABUNDA | 006 | 3/24/2025 | 100 Morning Quail Dr | Jarrell | Lot 9, Block H of Sonterra West Section 12 Phase 2 |
| 9 | KAMETY | 009 | 3/18/2025 | 3240 E Whitestone BLVD | Cedar Park | Unit 49, Whitestone condominiums |
| 17 | KEENEY | 017 | 3/18/2025 | 902 Estate Dr | Hutto | Lot 39, Block O, Lakestide Estates Section 5 |
| 33 | LERMA/ SALINAS | 003 | 3/24/2025 | No Address | No City | Lot 7, Block A, of Bonnet tract Subdivision |
| 8 | LEWIS | 008 | 3/18/2025 | No Address | No City | Lot 26, Block I, Final Plat of Sendero Springs Section 5 |
| 23 | LLAMO | 023 | 3/18/2025 | 13501 Cibolo Trace | Austin | Unit 180, Presidio Condominiums |
| 64 | LOPEZ | 007 | 4/15/2025 | No Address | No City | Lot 4, Block B, Spanish Oak Terrace Phase One |
| 10 | MITCHELL | 010 | 3/18/2025 | 2369 Caprock PL | Georgetown | Lot 12, Block F, Summer Crest Section Four |
| 61 | MONTES | 001 | 4/15/2025 | 205 Chaparral Drive | Liberty Hill | Lot 54, San Gabriel River Ranch |
| 12 | MORAN / ACOSTA | 012 | 3/18/2025 | No Address | No City | Lot 5, Block L, Wilco Ranch Phase 3 Section 1 |
| 13 | O'CONNER / RODRIGUEZ | 013 | 3/18/2025 | No Address | No City | Lot 41, Block A, Rourn Rock PUD No. 13-Phase One |
| 29 | ORJI | 029 | 3/18/2025 | 113 Paul Azinger Dr | Round Rock | Lot 28, Block A, Forest Creek, Section 36 |
| 41 | PATEL | 002 | 3/27/2025 | 3736 Top Rock Lane | Round Rock | Lot 19, Block Gof Stone Oak at /Round Rock Section I |
| 6 | PEREZ | 006 | 3/18/2025 | No Address | No City | Lot 23, Block A, Replat of Hidden Creek Estates |
| 55 | POWELL/ SMITH | 006 | 4/11/2025 | 400 Saturnia Dr | Georgetown | Lot 24, In Block A, of the final plat of Rancho Sienna Section 13a & 13B |
| 47 | RHYNES / LINTON | 004 | 4/7/2025 | No Address | No City | North 40', Block 3, Lot 4 and South 10' of Lot 5, Sela Jones Addition |
| 49 | RISNM CO & INC | 006 | 4/7/2025 | No Address | No City | Lot 2, Block A, Hunters Point |
| 20 | RODRIGUEZ | 020 | 3/18/2025 | 120 Northview Lane | Georgetown | Lot 77, Block A, Morningstar Phase 3, Section 3 |
| 62 | RODRIGUEZ | 009 | 4/15/2025 | No Address | No City | Lot 1, Block 1, Final Plat Taylor Ranchettes |
| 52 | ROJAS | 003 | 4/11/2025 | No Address | No City | 0.150 acres of land, more or less, being part of Lot 2, Block 12 of DOAK's Addition |
| 66 | ROSKEY | 005 | 4/15/2025 | No Address | No City | Lot 28, Block D of The Meadows at Chandler Creek |
| 21 | SHERROD | 021 | 3/18/2025 | 156 Outlaw Dr | Jarrell | Lot 66, Block U, Eastwood Section 1 |
| 24 | SHORES | 024 | 3/18/2025 | 207 Capulin Mountain | Cedar Park | Lot 4, Block D, Park Place, Phase One |
| 26 | SMITH | 026 | 3/18/2025 | No Address | No City | Lot 19, Block A, Grove at Bull Creek, Phase 2 |
| 45 | TRISTAN | 002 | 4/7/2025 | No Address | No City | Lot 67, Block B, Parkside on the River, Phase 1A |
| 35 | VAUGHN | 005 | 3/24/2025 | 2600 Country Road 279 | Leander | Lot 5 Live Oak Ranch Unit 2 |
| 2 | WARD | 002 | 3/18/2025 | 219 Lucky Clover Ln | Hutto | Lot 16, Block D of Creekbend Section 1 |
| 5 | ZUNIGA/VELASQUEZ | 005 | 3/18/2025 | 105 Krause Springs | Hutto | Lot 3, Block T, of Southgate, Phase 4 |

| ENTRY NO | OWNER'S LAST NAME | FILE NO | CREATION DATE | ADDRESS | CITY | LEGAL DESCRIPTION |
|---|---|---|---|---|---|---|
| | | | | | | June 2025 NOTICE OF FORECLOSURES |
| 52 | RAMIREZ | 3 | 5/12/2025 | 201 FM 972 | Georgetown | 2.02 Acres of Land out of the William Roberts Survey Abstract Number 524 |
| 7 | SAENZ | 6 | 4/21/2025 | 400 Indian Oaks | Liberty Hill | 3.07 acres of land out of the Richard west Survey Abstract 643 |
| 65 | JANETZKE | 11 | 5/13/2025 | No Address | No City | 7.3520 acres of Land, situated in the LB Johnson Surbey, Abstract No. 350 |
| 33 | ROUND ROCK TOWNHOMES LLC | 4 | 4/24/2025 | 15501 Farm to Market Road 1325 | Austin | A 1.137 Acre (49,510 Square Feet) tract of land |
| 56 | KC REI HOLDINGS, LLC | 2 | 5/13/2025 | 1807 San Jose Street | Georgetown | Being 0.259 acres of land William Addison Survey, Abstract No. 21 |
| 58 | JANKE | 4 | 5/13/2025 | 651 Double File Trce | Liberty Hill | Being 9.989 acres of land, more or less consisting of Lot 19 and a portion of Lot 18 Block A of Durham Park Section 3 |
| 9 | ZAIDI/HAIDER | 8 | 4/21/2025 | No Address | No City | Being a portion of Lot 5, Block D, Ridgewood South Subdivision, Phase 2 |
| 41 | BULLARD | 12 | 4/24/2025 | 117 Open Sky Way Unit 4D | Jarrell | Condominium Unit Number 4D |
| 28 | ANDERSON | 6 | 4/22/2025 | 500 County Road 414 | Taylor | Lot 1 Kruse Addition |
| 20 | HART | 1 | 4/22/2025 | 3415 Bluebonnet Trl | Georgetown | Lot 1, Block D, of REATA Trails, Unit 2 |
| 38 | MARTINEZ | 9 | 4/24/2025 | No Address | No City | Lot 1, Block H, Round Rock Ranch, Phase 1, Section 2 |
| 35 | INDRA | 6 | 4/24/2025 | 249 Wid Sage Ln | Liberty Hill | Lot 1, Block M, Highland Meadows, Phase 1A |
| 25 | DWIGHT | 8 | 4/22/2025 | No Address | No City | Lot 10 Block D Benbrook Ranch Section 1 Phase 1 |
| 32 | DIAZ | 3 | 4/24/2025 | 3012 Pearson Cove | Round Rock | Lot 11, Block J, Settlers Crossing Section 2 |
| 6 | BOGALE | 5 | 4/21/2025 | No Address | No City | Lot 11, Block M of Paloma Lake Secton 3B |
| 37 | FLETCHER | 8 | 4/24/2025 | No Address | No City | Lot 13, Block B, of Santa Rita Ranch South Section 12 |
| 43 | OGBAA | 14 | 4/24/2025 | No Address | No City | Lot 14, Block X, Crescent Bluff Sections 2 and 3 |
| 39 | PANZARINO | 10 | 4/24/2025 | No Address | No City | Lot 17, Block B, County Glen, Section 1 |
| 49 | WALKER | 5 | 5/2/2025 | 16217 Copper Leaf Lane | Leander | Lot 17, Block D, Block House Creek Section 502 |
| 27 | JACKSON | 5 | 4/22/2025 | No Address | No City | Lot 17, Block G, Final Plat of Morningstar Phase 2, Sections 4 & % |
| 18 | COSTELLO | 13 | 4/22/2025 | 204 Quail Circle | Hutto | Lot 18, Block C, The replat of Clarks Crossing-Section One |
| 42 | HARRIS | 13 | 4/24/2025 | No Address | No City | Lot 19, Block 10, Amended Crystal Knoll Terrace PUD Unit Two |
| 36 | TAMEZ | 7 | 4/24/2025 | No Address | No City | Lot 19, Block B, Of Oakcreek Subdivision |
| 62 | RISNM CO & INC | 8 | 5/13/2025 | No Address | No City | Lot 2 , Block A, Hunters Point, a subdivision in Williamson County |
| 48 | TERRILL | 4 | 5/2/2025 | 2208 Rosemary Ln | Round Rock | Lot 2, in Block B of South Creek, Section Eleven |
| 66 | OREC STRUCTURED FINANCE CO LLC | 12 | 5/13/2025 | 1201 W. Whitestone BLVD | Cedar Park | Lot 2, of Stonehaven at Cedar Park |
| 45 | VICK | 1 | 5/2/2025 | No Address | No City | Lot 20, Bear Creek County Estates |
| 4 | WATSON | 3 | 4/21/2025 | 109 Mossy Rock Cove | Hutto | Lot 20, Block 1, Creek Bend Dection Three A |
| 19 | REYES | 14 | 4/22/2025 | 252 Benmyrtle Trl | Georgetown | Lot 21, Block A, Final Plat of Mourning Dove |
| 50 | STARR | 6 | 5/2/2025 | No Address | No City | Lot 21, Block D, North Park Phase 3A |
| 22 | DIAZ | 3 | 4/22/2025 | 3380 Catalina CV | Round Rock | Lot 22, Block CC of Paloma Lake Section 13 |
| 30 | PRUYN | 1 | 4/24/2025 | 217 Benmyrtle Trail | Georgetown | lot 22,Block B, Final Plat of the Mourning Dove |
| 21 | WATERS | 2 | 4/22/2025 | 345 Bronco Billy Drive | Jarrell | Lot 25, in Block F of Eastwood Section 3 |
| 5 | WALKER | 4 | 4/21/2025 | No Address | No City | Lot 26, Block N, HuttoParke Section 4 |
| 14 | BENNINGFIELD | 10 | 4/21/2025 | No Address | No City | Lot 26, In Block E, of Bailey Park Phase IV |
| 26 | VALLEY | 10 | 4/22/2025 | 2018 Charlotte Way | Round Rock | Lot 27 Block B Spring Ridge Subdivision Section 1 |
| 23 | BUCKLIN GREEN | 4 | 4/22/2025 | No Address | No City | Lot 27, Block C of Springwoods II-F |
| 47 | GILL | 3 | 5/2/2025 | No Address | No City | Lot 288, of Planned Unit Development of Sun City Georgetown |
| 40 | SANCHEZ | 11 | 4/24/2025 | 125 Emory Fields | Hutto | Lot 33, Block E, Emory Farms, Section One |
| 3 | ANTUNA/ GONZALEZ | 2 | 4/21/2025 | 1215 Deerhound Pl | Round Rock | Lot 34, Block A, a Chandler Creek Section II |
| 29 | LIKRAMA / SHUJA | 7 | 4/22/2025 | 1105 RDG Runner Dr | Georgetown | Lot 34, Block H Final Plat of Shadow Canyon Phase 4 |
| 24 | FELIX/ MCCREA | 8 | 4/22/2025 | No Address | No City | Lot 35 Block J Horizon Park Section 6 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 44 | CHAVEZ-BARNETT | 15 | 4/24/2025 | No Address | No City | Lot 35 in Block G of Cool Water Phase 1 |
| 11 | KUDUMULA | 14 | 4/21/2025 | No Address | No City | Lot 37, Block M, Kasper, Section 4 |
| 15 | POPOV | 11 | 4/21/2025 | No Address | No City | Lot 38, Block E, Cat Hollow Section C Phase I |
| 60 | GONZALEZ | 6 | 5/13/2025 | 1325 CR 419 | Taylor | Lot 4, Block 1, Final Plat Taylor Ranchettes |
| 57 | PAPADELOS | 3 | 5/13/2025 | No Address | No City | Lot 4, Block R, Hutto Square Section 2 |
| 10 | GRUPE | 13 | 4/21/2025 | 107 Emory Fields | Hutto | Lot 42, Block E, Emory Farms, Section 1 |
| 55 | BUNCH | 1 | 5/13/2025 | 8028 Bassano Drive | Round Rock | Lot 42, Block H, of Siena Section 26 |
| 34 | SWAFFORD | 5 | 4/24/2025 | 2617 Summerwalk Pl | Round Rock | Lot 5, Block G, Settlers Overlook Section 3 |
| 2 | LINDE | 1 | 4/21/2025 | 709 Los Robles Rd | Leander | Lot 5, Block J, Estates of North Creek Ranch Section 2 |
| 31 | LINDE | 2 | 4/24/2025 | 709 Los Robles Rd | Leander | Lot 5, Block J, Estates of North Creek Ranch Section 2 |
| 59 | TAIT / KHARLAMOVA | 5 | 5/13/2025 | 1312 Kneehigh Lane | Georgetown | Lot 5, in Block C, of Parmer Ranch Phase One |
| 54 | MONTES | 1 | 5/12/2025 | No Address | No City | Lot 54, San Gabriel River Ranch, a subdivision in Williamson County |
| 63 | HOMERKOP, LLC | 9 | 5/13/2025 | 600 Sloan Street | Taylor | Lot 6, Block 73, of Doak's Addition to the city of Taylor |
| 8 | WILLIAMS/ HERNANDEZ | 7 | 4/21/2025 | No Address | No City | Lot 6, Block M Lakeside Estates Section 4 |
| 16 | HAPSHIE | 11 | 4/22/2025 | 3414 Yogi Berra Way | Round Rock | Lot 8 , Block H, Ryan's Crossing Section 5 |
| 46 | SUGG | 2 | 5/2/2025 | No Address | No City | Lot 8, Block U, Mason Creek Section Three B |
| 51 | ROHLACK | 7 | 5/2/2025 | No Address | No City | Lot 9, Block B, Star Ranch, Section 1 |
| 13 | DE LEON | 9 | 4/21/2025 | 1710 Briarton Lane | Round Rock | Lot 93, Block A, Round Rock PUC No. 3 Phase 2 |
| 12 | JEFFRIES | 15 | 4/21/2025 | No Address | No City | Lot Fifty-One (51), Block "A", Stonebridge Crossing, Unit 2 |
| 53 | BARRERA | 2 | 5/12/2025 | No Address | No City | Lot Twenty Two in Vista Acres Subdivision |
| 1 | BARNEY | 12 | 4/21/2025 | 2020 Stirling St. | Leander | Lot4, Block B of Bryson Phase 3, Section 3 |
| 64 | KARNEY THIRD FAMILY LIMITED PARTNERSHIP | 10 | 5/13/2025 | No Address | No City | Lots 1,2,and 3, Block 9 of Town of Round Rock |
| 17 | PEREZ/ ENRIQUEZ | 12 | 4/22/2025 | No Address | No City | Unit 25-C Within the Sonterrall Condominiums Phase II |
| 61 | ANDINO | 7 | 5/13/2025 | No Address | No City | Unit 65, Trails at Leander Condominiums |
| 67 | | | | | | |

| July 2025 NOTICE OF FORECLOSURES | | | | | |
|---|---|---|---|---|---|
| **ENTRY NO** | **OWNER'S LAST NAME** | **FILE NO** | **CREATION DATE** | **ADDRESS** | **CITY** | **LEGAL DESCRIPTION** |
| 2 | ROBERTS | 1 | 5/6/2025 | No Address | No City | Lot 16, Block S, Stonewall Ranch Section Three |
| 13 | KORMAN | 1 | 5/16/2025 | No Address | No City | Lot 2, Block F, Parkview Estates Section 1 |
| 25 | RAMIREZ | 1 | 5/27/2025 | 1424 Redden Cove | Cedar Park | Lot 14, Block C, Buttercup Creek Phase IV, Section 5 |
| 37 | NELSON | 1 | 6/6/2025 | No Address | No City | Condominium Unit Number 12, and the space encompasses by the boundaries thereof |
| 47 | WINTERS | 1 | 6/10/2025 | 301 Gulfstream Dr | Georgetown | Lot 18, Block E, Stonehedge, Section One |
| 3 | WILLIAMS | 2 | 5/6/2025 | 127 Navidad River Dr | Hutto | Lot 3, Block X, Riverwalk, Phase 3 Section 1 |
| 14 | CRESWELL | 2 | 5/16/2025 | No Address | No City | Lot 90, Block G, Jester Farms Section 4 |
| 26 | HILLIARD | 2 | 5/27/2025 | 1006 Cottonbowl Drive | Taylor | Lot 17, Block D, Bel-Air, Section 5 |
| 38 | MARTINEZ/ZAMARRIPA | 2 | 6/6/2025 | No Address | No City | Lot 13, Block B, Forest Creek Section 36 |
| 48 | LEFFELMAN | 2 | 6/10/2025 | No Address | No City | Lot 35 in Block D, of Woodleaf Phase 2 |
| 4 | JACKSON | 3 | 5/6/2025 | 337 Los Cobos Lane | Georgetown | Lot 8, Block H, amended plat of La Conterra North, Phase 2 |
| 15 | KAIKAI | 3 | 5/16/2025 | No Address | No City | Lot 8, in Block B, Parmer Ranch Phase One |
| 27 | MARTINEZ | 3 | 5/27/2025 | 314 Line of Fire Way | Jarrell | Lot 20, Block I, Eastwood Section 5 |
| 39 | ROSERO | 3 | 6/6/2025 | No Address | No City | Lot 28, Block A,GREENHILL sSECTION THREE |
| 49 | FRITZ | 3 | 6/10/2025 | 133 Dana Blu | Hutto | Unit 119, in Villas at Star Ranch Section 22 Condominiums |
| 5 | SAADEDDINE | 4 | 5/6/2025 | No Address | No City | Lot 12, Block I, Estates of North Creek Ranch Section 1 |
| 16 | CRAYTON | 4 | 5/16/2025 | 213 Yemen Rd | Taylor | Lot 4, Block A, of the Grove at Bull Creek Phase 2 |
| 28 | GARCIA | 4 | 5/27/2025 | 2670 Ravenwood Dr | Round Rock | Lot 15, Block K, Sonoma Section 11 |
| 40 | RODRIGUEZ/SOLIS/CORTES/DEL OYA | 4 | 6/6/2025 | No Address | No City | 36.00 Acres of land, more or less out of the C Botello Survey, Abstract 71 |
| 50 | MIERTSCHIN | 4 | 6/10/2025 | 259 Sage Derby Drive | Hutto | Unit 83, in Villas at Star Ranch Section 22 Condominiums |
| 6 | LOPEZ | 5 | 5/6/2025 | No Address | No City | Lot 4, Block B, Spanish Oak Terrace Phase One |
| 17 | MARTINEZ | 5 | 5/16/2025 | 108 Evening Star Lane | Georgetown | Lot 30, Block D Morningstar Phase 3 Section 1B |
| 29 | HORN | 5 | 5/27/2025 | No Address | No City | Lot 24, Block I, Salerno Phase 1 |
| 41 | SMITH | 5 | 6/6/2025 | 701 West 15th Street | Georgetown | .28 acres of land, more or less, out of the Clement Stubblefield Survey Abstract No. 558 |
| 51 | MINJAREZ | 5 | 6/10/2025 | 101 Asher Blue Drive #1 | Hutto | Unit 1, in Villas at Star Ranch Section 22, Condominiums |
| 7 | MOORE | 6 | 5/6/2025 | No Address | No City | Lot 16, Block H, Ryan's Crossing Section 5 |
| 18 | VADLAKONDA | 6 | 5/16/2025 | 2920 Hadley Way | Leander | Lot 16, InBLock L of Deerbrooke Phase 2, Section 7 |
| 30 | HUGHES | 6 | 5/27/2025 | No Address | No City | Lot Twenty-Six (26), Block "E", Summerlyn Phase L-5 |
| 42 | HARPER | 6 | 6/6/2025 | 2572 Santa Barbara Loop | Round Rock | Lot 55, Block A, Paloma Lake Section 1A, |
| 52 | CHACON/ YANEZ | 6 | 6/10/2025 | 120 Sage Derby Drive | Hutto | Unit 107, in Villas at Star Ranch Section 22, Condominiums |
| 8 | GRAY | 7 | 5/6/2025 | 14815 Avery Ranch Blvd Unit 403 | Austin | Land Situated in the city of Austin in the county of Williamson |
| 19 | PUMPHREY/ BARTON | 7 | 5/16/2025 | 825 Barefoot Cove | Round Rock | Lot 21, Block G, Sonoma Section 7 |

| 31 | THANWAN / AWADIT | 7 | 5/27/2025 | 1830 Chino Valley Trl | Round Rock | Lot 6, Block J, Round Rock Ranch, Phase One |
|---|---|---|---|---|---|---|
| 43 | RHYNES | 7 | 6/6/2025 | No Address | No City | The North 40' of Block 3, Lot 4 and the South 10' of Lot 5, Zella Jones Addition |
| 53 | LARA | 7 | 6/10/2025 | No Address | No City | Lot 1, Block 1, Brooklands Sectoin 4 Final Plat |
| 9 | HERNANDEZ | 8 | 5/6/2025 | 1148 HuntingtonTRL | Round Rock | Lot 52, Block F of Forest Creek Section 37 |
| 20 | AL-JAMAL / SCOTT | 8 | 5/16/2025 | 605 Riley Trl | Cedar Park | Lot 16, Block C, Ranch at Brushy Creek |
| 32 | MARTINEZ | 8 | 5/27/2025 | 1503 Balsam Way | Round Rock | Lot 3, Block C, Meadows of Chandler Creek Section Five |
| 44 | GUEGUEN | 8 | 6/6/2025 | 2233 Bravo Pass | Leander | Lot 22, Block F, Bar W Ranch West Phase 1 Section 2, Final Plat |
| 54 | DANMAISORO CAPITAL LLC | 8 | 6/10/2025 | 1302 Garden Path Dr | Round Rock | Lot 14, Block Q of /greenslopes at Lake Creek Section 10B |
| 12 | PADILLA | 9 | 5/6/2025 | No Address | No City | Lot 12, Block D, University Park, Unit Two, Section One |
| 21 | DELGADO | 9 | 5/16/2025 | No Address | No City | Lot 18, Block H of Mustang Creek, Phase 3 |
| 33 | PELAGIO / VALDEZ | 9 | 5/27/2025 | 206 Quarton Dr | Hutto | Lot 8, Block I, Mager Meadows, Phase 1 |
| 45 | GARCIA | 9 | 6/6/2025 | No Address | No City | Lot 28, Block A, Lakeside Subdivision, Section One |
| 55 | SERNA | 9 | 6/10/2025 | No Address | No City | Lot 27, Block 1, Final Plat Taylor Ranchettes |
| 1 | JAIMES / NEQUIZ | 10 | 5/6/2025 | 610 South Pauley Drive | Hutto | Lot 14, Block V, of Final Subdivision Plat of Country Estates II |
| 22 | HOWER | 10 | 5/16/2025 | 850 FM 970 | Florence | part of the WP Reese Survey, Abstract No 523 |
| 34 | GEORGE | 10 | 5/27/2025 | 1603 Jennifer Ct | Round Rock | Lot 2, Block B, Spring Ridge Subdivision, Section One |
| 46 | THOMSON | 10 | 6/6/2025 | No Address | No City | Lot 5 in Block I, Greenhill Section 1, an addition to the city of Round Rock |
| 56 | PRESIDIO 183 LLC | 10 | 6/10/2025 | No Address | No City | Lot 2 PURE LODGING SIBDIVISION, a subdivision in Williamson County |
| 10 | VAUGHN | 11 | 5/6/2025 | 2600 County RD 279 | Leander | 4505 acresof land out of the Joseph Lee Survey Abstract No. 393 |
| 23 | ALDERETE | 11 | 5/16/2025 | 5013 Cressler Lane | Jarrell | Unit 27 G, within the Sonterra II Condominiums Phase IV |
| 35 | PINON | 11 | 5/27/2025 | 904 West 18th St | Georgetown | Lot 8, Block F-2, South San Gabriel Urban Renewal Addition |
| 57 | AALV 75 GEORGETOWN, LLC | 11 | 6/10/2025 | No Address | No City | Being A 75.428 Acre tract of land, located in the william J Bybee Survey, Abstract No. 113 |
| 11 | COLMENERO | 12 | 5/6/2025 | 305 Liberty St | Hutto | Lot 3, Block B, Hutto Square Section 1 |
| 24 | PEREZ | 12 | 5/16/2025 | 533 White Steppe Way Unit 37 | Georgetown | Unit 37, Saddlecreek Consominiums |
| 36 | BLUE ANCHOR INVESTMENTS LLC | 12 | 5/27/2025 | 1520 Parkwood Dr | Leander | Lot 11, Block P, Mason Creek, Section One |
| 58 | AALV 153 JARRELL, LLC | 12 | 6/10/2025 | No Address | No City | Being A 153.832 acre tract of land located in the RP Trabue Survey Abstract No 626, and the BBB & CRRCO Survey Abstract No. 111 |
| 59 | ANT SAVINGS CORP. | 13 | 6/10/2025 | No Address | No City | 7.3520 acrers of land, situated in the LB Johnson Survey, Abstract No. 350 |
| 60 | RISNM CO & INC | 14 | 6/10/2025 | No Address | No City | Lot 2, Block A, Hunters Point |
| 61 | RISNM CO & INC | 15 | 6/10/2025 | No Address | No City | Lot 2, Block A, Hunters Point |

| ENTRY NO | OWNER'S LAST NAME | FILE NO | CREATION DATE | ADDRESS | CITY | LEGAL DESCRIPTION |
|---|---|---|---|---|---|---|
| | | | | | | **August 2025 NOTICE OF FORECLOSURES** |
| 45 | AARON | 14 | 7/11/2025 | No Address | | Lot 12, Block C, Forest Oaks Section Seven |
| 25 | ALLEN | 5 | 6/27/2025 | 2910 Red Bud Lane | Round Rock | Lot 25, Block B, Morningside Meadows, Section 1 |
| 3 | AUSTIN | 3 | 6/2/2025 | No Address | No City | Lot 12, Block C, The Park at Brushy Creek, Phase 2 |
| 6 | BETHKE | 6 | 6/2/2025 | 200 W Tomlinson St | Florence | 0.429 acres, M. J. Wells Survey, Abstract No. 646 |
| 62 | BLUE ANCHOR INVESTMENTS, LLC | 15 | 7/16/2025 | 523 Chisholm Valley Dr | Round Rock | Lot 9, Block K, Chisholm valley Section 3 |
| 61 | BOHLS | 14 | 7/16/2025 | 601 S Elm St | Georgetown | Lots 7 and 8, Block 30, Glasscock Addition According to the Map |
| 4 | BROWN | 4 | 6/2/2025 | No Address | No City | Lot 17, Block D, Westwood Section 2 |
| 37 | BRUNCH | 6 | 7/11/2025 | No Address | No City | Lot 42, Block H, of Siena Section 26 |
| 36 | CARDWELL | 5 | 7/11/2025 | 820 Phillip Lane | Liberty Hill | Lot 3, Phillip Lane Estates, |
| 44 | COOPER/ENLOE | 13 | 7/11/2025 | 1510 West Clark St | Bartlett | A portion of Lot 2, in Block 4 of Irvins Addition |
| 38 | DIMAS | 7 | 7/11/2025 | 801 Dover Ln | Round Rock | Lot 11, Block H, Kengingston Place, Section 4 |
| 60 | DRIVE LLC | 13 | 7/16/2025 | No Address | No City | Lot 8, Block E, Section Minor Amended Plat of the Home Place at Jarrell |
| 20 | ELLIS | 5 | 6/16/2025 | No Address | No City | Lot 17, Bock Z, of Wolf Ranch West Section 3, Phase 2 |
| 49 | ENCISO | 2 | 7/16/2025 | 101 Thornwood Road | Georgetown | Being a 12.81 parcel acre tract being a part of the Josephine Milhron Survey, A-433 |
| 41 | ESTERIL | 10 | 7/11/2025 | 149 Blue Agate Ct | Jarrell | Lot 32, Block B of Balcones Flats-Phase I |
| 17 | FALLS | 2 | 6/16/2025 | 1837 Flying Horseshoe BND | Georgetown | Lot 4, Block N, of Lively Tract Phase 2 |
| 14 | FARAGOZA | 11 | 6/6/2025 | 256 Geode Lane | Jarrell | Lot 18 in Block 6 of Sonterra West, Section 7-A, Phase 1 |
| 33 | FARRAJE / GILLESPIE | 2 | 7/11/2025 | 221 Green Knoll Lane | Georgetown | Lot 13, In Block U of Parkside on the River Phase 2 Section 1 |
| 28 | FISHER | 8 | 6/27/2025 | 113 Lancaster | Georgetown | Lot 12, Block B, The Reserve At Berry Creek Section ID, Phase Two |
| 56 | FPG ASPEN LAKE OWNER LLP | 9 | 7/16/2025 | No Address | No City | Lot 2 Block A Park at Aspen Lake |
| 55 | FPG TOH Owner, LLP | 8 | 7/16/2025 | No Address | No City | Lot 1, Block A Park at Aspen |
| 21 | FREELAND | 1 | 6/27/2025 | 1533 Settlers Glen Drive | Round Rock | Lot 44, Block B Homestead at Old Settlers Park Phase 1 |
| 23 | GARRETT | 3 | 6/27/2025 | 114 Stinchcomb Road | Hutto | Lot 22, in Block MM of Emory Crossing Phase 1 |
| 27 | GONZALEZ | 7 | 6/27/2025 | No Address | No City | 1.9992 Acres of Landout of and a part of the William Addison Survey |
| 31 | GONZALEZ | 11 | 6/27/2025 | 1615 Eagle Wing Dr | Cedar Park | Lot 10, Block C, The Ranch at Cypress Crees Section 2 |
| 29 | GUAJARDO / CALDERA | 9 | 6/27/2025 | No Address | No City | Unit 13-B, Within the Sonterrall Condominiums |
| 43 | GUEGUEN | 12 | 7/11/2025 | 2233 Bravo Pass | Leander | Lot 22, Block F, of BAR W Ranch West Phase I |
| 9 | HART | 9 | 6/2/2025 | 1005 Warbler Cove | Hutto | Lot 50, Block G, Of Brushy Creek Meadows Section 2 |
| 42 | HOBSON | 11 | 7/11/2025 | No Address | | Lot 125, Block J, of Siena Section 2 |
| 13 | JAIMEZ | 12 | 6/6/2025 | No Address | No City | 0.83 Acre of land out of Lot 1 Bear Creek Ranch Unit 3 |
| 16 | JOSHI | 1 | 6/16/2025 | 1704 Stonehaven Ln | Round Rock | Lot 26, Block 2 of Teravista Section 18B |
| 5 | KING | 5 | 6/2/2025 | No Address | No City | Unit 26-M, Sonterra I Condominiums |

| | | | | | | |
|---|---|---|---|---|---|---|
| 53 | KIRKMAN | 6 | 7/16/2025 | 107 S Rio Grande | Granger | 0.13 acres of land, more or less out of the GS Stratton Survey Abstract NO. 571 |
| 52 | LAWSON / JONES | 5 | 7/16/2025 | No Address | No City | Lots 83 and 84 , Block B Somerset II |
| 34 | LLAMO | 3 | 7/11/2025 | No Address | No City | Unit 1810, Together with the undivided interest in and to the common elements appurtenant thereto of presidio condominiums |
| 12 | LUNOS | 13 | 6/6/2025 | 2301 Versailles Drive | Cedar Park | Lot 349B, Rivieera Springs, North Section B |
| 24 | MACK | 4 | 6/27/2025 | 821 Faith Dr | Liberty Hill | Lot 82. Block A, Santa Rita Ranch Phase I |
| 50 | MARES | 3 | 7/16/2025 | No Address | No City | Lot 23, in Block A replat of Hidden Creek Estates |
| 11 | MCSWEEN | 11 | 6/2/2025 | 342 Line of Fire Way | Jarrell | Lot 13, Block I of Eastwood Section 5 |
| 51 | MINJAREZ | 4 | 7/16/2025 | 101 Asher Blue Drive 1 | Hutto | Unit 1, in Villas at Star Ranch Section 22 condominiums |
| 7 | MITCHELL | 7 | 6/2/2025 | 2369 Caprock Pl | Georgetown | Lot 12, Block F, Summer Crest Section Four |
| 32 | OCANAS | 1 | 7/11/2025 | No Address | No City | Lot 37, Block A, Final Plat of Cimarron Hills Phase 3, Section 3 |
| 10 | OLIVER | 10 | 6/2/2025 | 1000 Plateau Trail | Georgetown | Lot 18, Block L,The Pinnacle Phase 3 |
| 30 | PEAVEY | 10 | 6/27/2025 | No Address | No City | Lot 33, Block A Oak Brook Section Three |
| 15 | PENNICOOKE | 6 | 6/16/2025 | No Address | No City | Lot 69, Block E, of Amending Plat of Parmer Ranch Phases 2,3,4 and 17 |
| 1 | PHAM | 1 | 6/2/2025 | 6050 Malta Circle | Round Rock | Lot 16, Block Q, Siena Section 17 |
| 26 | POE | 6 | 6/27/2025 | 5403 Barcelona Ct | Georgetown | Lot 44, Sanaloma Estates Unit Two |
| 8 | REECE | 8 | 6/2/2025 | 304 Fieldstone Rd | Liberty Hill | Lot 17, Block D, Stonewall Ranch Section Six |
| 57 | RKSR INVESTMENTS LLC | 10 | 7/16/2025 | No Address | No City | Being all of Lot 12B |
| 58 | RKSR INVESTMENTS LLC | 11 | 7/16/2025 | No Address | No City | Being all of Lot 12B and Lot 13A in Block A of Breakaway Park, Section 6 |
| 54 | RODRIGUEZ | 7 | 7/16/2025 | No Address | No City | Lot 1, Block 1, Final Plat Taylor Ranchettes |
| 59 | RODRIGUEZ / CORTES / DELOYA | 12 | 7/16/2025 | No Address | No City | Being 36.00 acres of land more or less out of the C. Botello Survey Abstract 71 |
| 64 | ROYSTER | 17 | 7/16/2025 | 102 Lucy Cove | Hutto | Lot 19, Block A, of Brushy Creek Meadows Section 1 |
| 40 | SCOTT | 9 | 7/11/2025 | 306 Debora Dr | Georgetown | Lot 5, Block F of Sierra Vista, Section one |
| 39 | SMITH | 8 | 7/11/2025 | 501 Francis Court | Liberty HIll | Lot 2 in Block, Final Plat Estates at Northgate Phase 1 Section 2 |
| 47 | VAUGHN | 16 | 7/11/2025 | 2600 County Rd 279 | Leander | 4.505 of land of the Joseph Lee Survey Abstract No. 393 |
| 2 | VICK | 2 | 6/2/2025 | No Address | No City | Lot 20, Bear Creek County Estates |
| 35 | VINCENT | 4 | 7/11/2025 | 1201 Madrone Trail | Leander | Lot 8, Block L, Mason Creek, Section One |
| 22 | WEISS / POWELL | 2 | 6/27/2025 | 409 Hyacinth Way #22-L | Jarrell | Unit 22 Block L, within Sonterra II condominiums Phase VIII |
| 48 | WESTGARD | 1 | 7/16/2025 | No Address | No City | Lot 11, Block E, Remington Heights, Phase 2 Section A |
| 63 | WHARTON | 16 | 7/16/2025 | 2104 Andover Dr | Round Rock | Lot 25, Block B, Chapel Hill North, Section Two |
| 19 | WILBANKS | 4 | 6/16/2025 | No Address | No City | Lot 10, Block B of the Riverbend Unit II |
| 46 | WILLIS | 15 | 7/11/2025 | 6156 Gimignano Place | Round Rock | Lot 23, Block N, of Siena Section 4 |
| 18 | ZOMBOLA | 3 | 6/16/2025 | 30112 Spyglass Cir | Georgetown | Lot 19, Block F, Berry Creek Section 2 |

| ENTRY NO | OWNER'S LAST NAME | FILE NO | CREATION DATE | ADDRESS | CITY | LEGAL DESCRIPTION |
|---|---|---|---|---|---|---|
| | | | | September 2025 NOTICE OF FORECLOSURES | | |
| 5 | ADAIR | 5 | 6/30/2025 | 432 Blackman Trl | Hutto | Lot 5, Block I, of Legends of Hutto Phase 5A |
| 55 | AMO PROPERTY ENTERPRISES LLC | 22 | 8/12/2025 | No Address | No Address | Being 11.371 acres of land out of the I & GN survey, abstract 818 |
| 25 | AZURDIA | 5 | 7/25/2025 | 102 Ashford Way | Georgetown | Lot 9, Blocvk K, Of Gatlin CrossingPhase 4 |
| 16 | AZWA | 25 | 7/11/2025 | 13126 Pond Springs Rd | Austin | Lot 2, Block A, Hunters Point |
| 21 | BATTON | 1 | 7/25/2025 | 114 Loryn Dr | Hutto | Lot 17, Block T, Final Subdivision Plat of country Estates II, Phase two |
| 4 | BISSONNETTE | 4 | 6/30/2025 | 605 Shale Dr | Jarrell | Lot 8, Block C, Sonterra west Phase IV |
| 46 | BLUE ANCHOR INVESTMENTS LLC | 13 | 8/12/2025 | 523 Chisholm Valley Dr | Round Rock | Lot 9 Block K Chisholm Valley Section 3 |
| 14 | BROWN/DAVIS | 23 | 7/11/2025 | 404 Camellia Dr | Hutto | Lot 14, Block R, of Glenwood, Phase 5 |
| 33 | COWLES / GONZALEZ | 1 | 8/1/2025 | 500 Seabiscuit Dr | Jarrell | Lot 1, Block E of amending Plat of Calument Subdivision Phase 1 |
| 13 | COX | 22 | 7/11/2025 | 3712 Harvey Penick Drive | Round Rock | Lot 8, Block A, of Forest Creek Section 19 |
| 8 | DANMAISORO CAPITAL LLC | 17 | 7/11/2025 | 1302 Garden Path Dr | Round Rock | Lot 14, in Block of Green slopes at Lake Creek Section 10-B |
| 29 | DE LEON | 5 | 8/1/2025 | 1710 Briarton Ln S | Round Rock | Lot 93, Block A, Round Rock Ranch PUD Phase Two |
| 35 | DECICORN LLC | 5 | 8/8/2025 | No Address | No Address | Lot 1 Block B of the replat of clarks crossing section one |
| 36 | DECICORN LLC | 4 | 8/8/2025 | No Address | No Address | Lot 15, Block V of eastwiid section two |
| 31 | GARRISON | 3 | 8/1/2025 | No Address | No Address | Lot 104, Block P, Morningstar Phase 3, Section 1 and 2 |
| 45 | GILLUM | 12 | 8/12/2025 | No Address | No Address | Being A 0.406 acre tract or parcel of land situated in Williamson County |
| 23 | GONZALEZ | 3 | 7/25/2025 | No Address | No Address | Lot 12, Block c, West Park Estates |
| 3 | GRAVELL | 3 | 6/30/2025 | 8141 Daisy Cutter Crossing | Georgetown | Lot 37, Block Y, Saddlecreek, Phase 1B |
| 41 | GREENE/WOISSOL | 8 | 8/12/2025 | 1413 Kneehigh Lane | Georgetown | Lot 3, in block B of Parmer Ranch Phase One |
| 9 | GULTZ | 18 | 7/11/2025 | No Address | No Address | Lot 37, and 38, Block F, Mason Creek North Section 1 |
| 2 | GURULE | 2 | 6/30/2025 | 1209 Rhonda Cove | Hutto | Lot 23, Block I, Carol Meadows- Section one, |
| 6 | GUZMAN | 6 | 6/30/2025 | 2608 Glen Fiels Drive | Cedar Park | Lot 16, Block E, Coventry Crossing Section Two |
| 24 | HARDING | 4 | 7/25/2025 | No Address | No Address | Being Lot 14, BLK B of Block House Creek Phase E Section 504 |
| 32 | HEIN | 2 | 8/1/2025 | 14001 Avery Ranch BLVD, Unit 2103 | Austin | Unit 2103. BLDG 21, Ingleside Condominiums |
| 12 | HUNTLY | 21 | 7/11/2025 | 102 W Mesquite St Unit B | Granger | The George S Stratton Survey Abstrat No 571 |
| 15 | IK CREEK INC | 24 | 7/11/2025 | 13125 Pond Springs Rd | Austin | Lot 2, Block A, Hunters Point |
| 18 | INDRA | 19 | 7/16/2025 | 249 Wild Sage Ln | Liberty Hill | Lot 1, Block M, Highland Meadows, Phase 1A |
| 39 | KRUSE | 1 | 8/8/2025 | No Address | No Address | Being 0.23 of an acre of land being the east 20 feet of lot 10 |
| 52 | LIANN MARY BUNCH | 19 | 8/12/2025 | 8028 Bassano Drive | Round Rock | Lot 42, Block H, of Siena Section 26 |
| 27 | MARTINEZ | 7 | 7/25/2025 | 2219 Georgian Dr | Georgetown | Lot 19, Block C, Georgian Place, Phase I |
| 19 | MATA | 18 | 7/16/2025 | No Address | No Address | Lot 26, in Block B of Liberty Parke Phase I |

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | MATIAS / KLEIN | 17 | 7/16/2025 | 1500 Wild Flower Drive | Round Rock | Lot 17, Block N, Mesa Park, Section One |
| 53 | MISRA | 20 | 8/12/2025 | No Address | No Address | Lot 16, Leander 61 Phase Two and Three |
| 10 | MOLINI | 19 | 7/11/2025 | No Address | No Address | Unit 15-G Within the Sonterra II Condominiums Phase II |
| 7 | NAVARRETE | 7 | 6/30/2025 | 512 Timber Brook Dr | Hutto | Lot 20, in Block N, of Amended Plat of Brooklands Section 6 |
| 56 | NORTHERN IRELAND ENTERPRISES, LLC | 23 | 8/12/2025 | No Address | No Address | See Instrument |
| 49 | NOVAK NORTHLINE LLC | 16 | 8/12/2025 | No Address | No Address | Lot 10-12, in Block L of Northline, an addition in the City of Leander |
| 50 | NOVAK NORTHLINE LLC | 17 | 8/12/2025 | No Address | No Address | Lots 9-14 in Block M of Northline |
| 51 | NOVAK NORTHLINE LLC | 18 | 8/12/2025 | No Address | No Address | Lots 13-20, in Block L of Northline |
| 30 | PEAKE | 4 | 8/1/2025 | No Address | No Address | Lot 1, Block G, Legends Village, Section 2, Phas 3 |
| 40 | PEREZ | 7 | 8/12/2025 | 533 White Steppe Way | Georgetown | Unit 37 Saddlecreek Condominiums |
| 43 | PEREZ | 7 | 8/12/2025 | 533 White Steppe Way | Georgetown | Unit 37 Saddlecreek Condominiums |
| 37 | PLACE DESIGNERS NC | 3 | 8/8/2025 | No Address | No Address | Tract I being north one half of lots 8,9,amd 10 Block 2 of original city of Round Rock   Tract 2 being soutn one hald of lots 8,9,and 10 Block 2 of original city of Round Rock |
| 54 | RAMIREZ | 21 | 8/12/2025 | No Address | No Address | Being a 10.01 acre tract of land more or less situated in the Pedro Zarza Survey Abstract 14 |
| 28 | RODRIGUEZ | 8 | 7/25/2025 | 120 Northview Lane | Georgetown | Lot 77, Block A, Morningstar Phase 3, Section 3 |
| 34 | ROUND ROCK TOWNHOMES LLC | 6 | 8/8/2025 | 15501 Farm to Market Road 1325 | Austin | a 1.137 acre tract of land more or less out of and part of the mm hornsby survey no.76 in travis and williamson county |
| 1 | RUIZ / GARZA | 1 | 6/30/2025 | 205 Barberry Drive | Georgetown | Lot 20, Block B, Crystal Knoll Terrace Unit Three |
| 26 | SALAZAR | 6 | 7/25/2025 | | | Lot 6, Block D, Oak Creek Phase 4, Section 2 |
| 11 | SANTIAGO / MARTINEZ | 20 | 7/11/2025 | No Address | No Address | Unit 29-G Within the Sonterra II Condominiums Phase IV |
| 17 | THIBODEAUX | 20 | 7/16/2025 | No Address | No Address | Lot 9A, of the Replat of Branch Addition, Block A, Part of lots 7,8,9,10 &11 |
| 47 | U B Legacy Investments LLC | 14 | 8/12/2025 | 303 S Pine st | Georgetown | Block 6 of the Shell Addition |
| 42 | ULF, LLC | 9 | 8/12/2025 | No Address | No Address | See instrument |
| 44 | ULF, LLC | 9 | 8/12/2025 | No Address | No Address | See instrument |
| 22 | ViANES | 2 | 7/25/2025 | 1304 Salt Lick Dr | Georgetown | Lot 3, in Block D, of Parmer Ranch Phase one |
| 48 | WESTGARD | 15 | 8/12/2025 | No Address | No Address | Lot 11, Block E Remington Heights, Phase 2 Section A |
| 38 | ZAVAREH | 2 | 8/8/2025 | No Address | No Address | Tract I Lots 1 and 2 Davis Acres  Tract II Being all of theat certain tract of parcel of land containing 0.061 of an acre |

| ENTRY NO | OWNER'S LAST NAME | FILE NO | CREATION DATE | ADDRESS | CITY | LEGAL DESCRIPTION |
|---|---|---|---|---|---|---|
| | | | October 2025 NOTICE OF FORECLOSURES | | | |
| 34 | 105 N SHEPPARD PARTNERS LLC | 12 | 9/16/2025 | 105 N Shepard Street | Round Rock | Being .086 of and acre of land more or less, being the north part of Lots 8 and 9, Block 20 |
| 28 | AERNANDEZ, LLC | 1 | 9/8/2025 | 5700 CR 239 | Jarrell | Being 48.60 acres of land out of the Edmond Parsons survey, abstract No 494 |
| 14 | AMY YANG | 8 | 8/29/2025 | 113 Granite Path | Liberty Hill | Lot 11, Block O, Stonewall Ranch Section Two |
| 41 | ANDRES RENTERIA & MEARIA MONDRAGON | 7 | 9/16/2025 | No Address | No City | Being 10.0 acres, more or less, out of the J. Hamilton Survey |
| 38 | BAILEY | 16 | 9/16/2025 | No Address | No City | Lot 11, Block AA, Santa Rita Ranch South Section 8B |
| 37 | BAILEY / LYNCH | 17 | 9/16/2025 | 3811 Brangus Rd | Georgetown | Lot 3, Block 1, Serenada East, Unit 3 |
| 25 | BENITEZ / PERRY | 4 | 9/8/2025 | 5544 Bellissima Way | Round Rock | Lot 2, Block PP, of Siena Section 14 |
| 31 | BOGLE | 1 | 9/12/2025 | 213 Peggy Dr | Liberty Hill | Lot 11, Block A, Middle Brook Ranch, Sect 2 |
| 16 | BRAD/MARGRET JACOBSON | 6 | 8/29/2025 | 2509 Berryville Lane | Leander | Lot 24, Block J, Leander 61 Phase Two and Three |
| 33 | BUNCH | 11 | 9/16/2025 | 8028 Bassano Dr | Round Rock | Lot 42, Block H, of Siena Sect 26 |
| 13 | CATINAC / CERON | 1 | 8/15/2025 | 312 The Bad Way | Jarrell | Lot 65, in Block O, of Eastwood Section 8 |
| 9 | CHAPA | 5 | 8/15/2025 | 760 Kingfisher Lane | Leander | Lot 33, Block N of Summerlyn Phase p-3A |
| 15 | DESTINY/CHRISTOPER LOGAN | 7 | 8/29/2025 | 241 S Cotrell St | Bartlett | Portion of Lot 1, Block 52 |
| 19 | DODDA | 3 | 8/29/2025 | 132 Caterpillar Lane | Georgetown | Lot 18, In Block B of Omega Ranch Phase 2, South MUD #23 |
| 27 | GILLUM | 2 | 9/8/2025 | No Address | No City | Being a 0.406 acre tract or parcel of land situated in Williamson County |
| 10 | GREEN | 4 | 8/15/2025 | 606 San Gabriek Overlook E | Georgetown | Lot 23 and the 1/2 o fLot 22, Block A San Gabriel Heights Section 4 |
| 6 | GREENE | 8 | 8/15/2025 | 1413 Kneehigh Lane | Georgetown | Lot3, Block Bof Parmer Ranch Phase 1 |
| 22 | HARPER | 7 | 9/8/2025 | 2572 Santa Barbara Loop | Round Rock | Lot 55, Block A, Paloma Lake Sectio 1A |
| 5 | HILL | 9 | 8/15/2025 | No Address | No City | Approx. 1.0 acre of land out of the Antonio Manchaca Survey Abstract 421 |
| 24 | IDAN FLIPS LLC | 5 | 9/8/2025 | No Address | No City | Lot 10, Block D, Kensington Place Section 1 |
| 12 | JONES | 2 | 8/15/2025 | 8602 Pepper Rock Drive | Austin | Lot 2, Block J The Meadows of Brushy Creek |
| 44 | KAREDIA | 10 | 9/16/2025 | 716 Appalachian Trl, Unit 155 | Leander | Unit 155, together with the undivided interest in and to the Common Elements |
| 20 | LLAMO | 2 | 8/29/2025 | 13501 Cibolo Trce | Austin | Unit 180, Together with the undivided interest in and to the common elements appurtenant thereto, of Presidio Condominiums |
| 11 | LUNA | 3 | 8/15/2025 | 1908 Marysol Trail | Cedar Park | Lot 12, Block A of the Trails at Carriage Hills, Section 2 |
| 7 | MARTINEZ | 7 | 7/25/2025 | 2219 Georgian Dr | Georgetown | Lot 19, Block C, Georgian Place Phase 1 |
| 36 | MIRANDA | 14 | 9/16/2025 | 205 Farmer Ln | Jarrell | Lot 45, Block M, Sonterra West Section 8-1, Phase 1 |
| 45 | MOTI INVESTMENT ASSOC LLC | 2 | 9/16/2025 | No Address | No City | 0.475 Acre of Land, More or Less, Being all of Lot 3-A of the ammended plats of Lots 3,4 & 5 |
| 42 | ONIONSKIN LLC | 8 | 9/16/2025 | 209 & 211 S. Brown Street | Round Rock | See Exhibit A |
| 39 | PEREZ | 5 | 9/16/2025 | 533 White Steppe Way | Georgetown | Unit 37, Saddlecreek Condominiums |
| 30 | POE | 3 | 9/12/2025 | 5403 Barcelona Ct | Georgetown | Lot 44, Sanaloma Estates, Unit two |
| 21 | POPOV | 1 | 8/29/2025 | No Address | No City | Lot 387, Block E, Cat Hollow Section C Phase I |
| 35 | PRAJAPATI | 13 | 9/16/2025 | 1017 Loop 332 | Liberty Hill | Lots 1 & 2 , Block 7 Smith's Addition of Liberty Hill |
| 32 | PRESIDIO 183 LLC | 4 | 9/12/2025 | No Address | No City | See Exhibit |
| 48 | PULLEY | 1 | 9/16/2025 | 1900 Little Elm Trail 35 | Cedar Park | C516 Cypress Creek Townhomes, Building 10, Unit 35 |
| 3 | QUINTON / GRAYSON | 11 | 8/15/2025 | No Address | No City | Lot 55, Block A, Sonterra West Phase VI |

| 46 | RITCHIE | 3 | 9/16/2025 | 16803 Dormon Drive | Round Rock | Lot 24, Block B of Cat Hollow Section Five A |
|---|---|---|---|---|---|---|
| 4 | RIVERS | 10 | 8/15/2025 | No Address | No City | lot 6, Block H, La Conterra Subdivision Section 6 |
| 8 | RODRIGUEZ | 8 | 7/25/2025 | 120 Northview Lane | Goergetown | Lot 77, Block A, Morningstar Phase 3, Section 3 |
| 1 | ROSATTO | 7 | 8/15/2025 | No Address | No City | Lot 23, Block E, Greenridge, Phase 2 |
| 17 | ROUND ROCK NORTH HOTELS, LLC | 5 | 8/29/2025 | No Address | No City | Lots one (1), Block A, Chisholm Park, Section 1 |
| 47 | ROUND ROCK TOWNHOMES LLC | 4 | 9/16/2025 | 15501 Farm to Market 1325 | Austin | 1.137 Acre part of the MM Hornsby survey No. 76 |
| 29 | SCOTT | 2 | 9/12/2025 | 306 Debora Dr | Georgetown | Lot 5, Block F, of Siera Vista section one |
| 2 | SHELDEN | 6 | 8/15/2025 | 1411 Encino Dr | Leander | Lot 6, Block C, Vista Ridge, Phase 1 |
| 23 | STAMPS | 6 | 9/8/2025 | 300 Alamar Knot Way | Georgetown | Unit 185, of Saddlecreek Condominiums |
| 43 | SUMIT CHANDRA MISRA | 9 | 9/16/2025 | 2701 Emerson Trail | Leander | Lot 16, Block E, Leander 61 Phase two & three |
| 18 | TGARCIA PROPERTIES, LLC | 4 | 8/29/2025 | 300 Fawn Ln | Georgetown | Being Lot in Block 3, of Oak Crest Ranchettes, Unit III |
| 40 | THE HISEY PROPERTY SERVICE COMPANY | 6 | 9/16/2025 | No Address | No City | Being 10.27 acres, more or less, and being called Tract 6 in the Harrison Johnston Survey |
| 26 | ZEPEDA | 3 | 9/8/2025 | No Address | No City | Being a tract or parcel of land conataining 1.0 acrre |

| ENTRY NO | OWNER'S LAST NAME | FILE NO | CREATION DATE | ADDRESS | CITY | LEGAL DESCRIPTION |
|---|---|---|---|---|---|---|
| | | | | | | November 2025 NOTICE OF FORECLOSURES |
| 1 | GUERRA | 3 | 9/19/2025 | 211 Waterlily Way | Hutto | Lot 54, Block B of Creek Bend Section Five |
| 2 | SUNAR | 4 | 9/19/2025 | No Address | No City | Lot 30, Block H, Wilco Ranch Phase 2 Section 1 |
| 3 | MARROQUIN / ZAPATA | 5 | 9/19/2025 | 30118 Bumble Bee Dr | Georgetown | Lot 27, Block D, Villages of Berry Creek-Section 3 |
| 4 | HOFF | 6 | 9/19/2025 | No Address | No City | Lot 28, Block , Georgetown Village Section Nine, Phase 1 |
| 5 | DURVASULA / POTHULA | 1 | 9/19/2025 | No Address | No City | Lot 10, Block LL, of Bar W Ranch West Phase 6 |
| 6 | GARCIA | 2 | 9/19/2025 | No Address | No City | Lot 28, Block A, Lakeside Subdivision, Section one |
| 7 | ORJI | 8 | 10/2/2025 | 113 Paul Azinger Dr | Round Rock | Lot 28, Block A, Forest Creek Section 36 |
| 8 | SLADE | 7 | 10/2/2025 | 505 Wonderstruck | Liberty Hill | Lot 32, Block L, of Clearwater Ranch, Phase Five |
| 9 | VERMA/RANJAN | 6 | 10/2/2025 | 316 Quarry Lane | Liberty HIll | Lot 24, Block S, of Stonewall Ranch Section Three |
| 10 | CLAIR/YOUNG | 5 | 10/2/2025 | No Address | No City | Unit 14, Building 36, Trutle Creek Village Condos |
| 11 | MORREALE | 4 | 10/2/2025 | 129 Aguilar Dr | Hutto | Being Lot 16, Block R, Legends of Hutto Phase Two |
| 12 | WHATLEY | 3 | 10/2/2025 | No Address | No City | Lot 12, Block D, of Glenwood Subdivision, Phase 2B |
| 13 | SANCHEZ/RODRIGUEZ | 2 | 10/2/2025 | No Address | No City | Lot 28, Block 1, Jenks Branch Subdivision |
| 14 | ANGUIANO | 1 | 10/2/2025 | No Address | No City | See instrument |
| 15 | TAYLOR | 12 | 10/10/2025 | No Address | No City | Unit 212, of Saddle Creek Condos |
| 16 | 105 N SHEPARD PARTNERS LLC | 13 | 10/10/2025 | 105 N. Shepard Street | Round Rock | See instrument |
| 17 | MONTES | 16 | 10/15/2025 | No Address | No City | Lot 54, San Gabriel River Ranch |
| 18 | TAYLOR | 17 | 10/15/2025 | | | Unit 212, of Saddle Creek Condos |
| 19 | STEINKER | 18 | 10/15/2025 | 1533 Jay Wolf Dr | Georgetown | Lot eighteen (18), Block D, Wolf Ranch West, 1BG |
| 20 | RAWLINS | 20 | 10/15/2025 | 18118 Galena Dr | Austin | Lot 12, Block P, Davis Spring Section 3-C |
| 21 | PEREZ | 1 | 10/15/2025 | 533 White Steppe Way, Unit 27 | Georgetown | Unit 37, Saddlecreek Condos |
| 22 | CARNLEY | 2 | 10/15/2025 | No Address | No City | Lots 20, 21 and 22, Section 3 of Lost Pines River Ranches, Section One, Two and Three |
| 23 | CARNLEY | 3 | 10/15/2025 | No Address | No City | See instrument |
| 24 | CARNLEY | 4 | 10/15/2025 | No Address | No City | See instrument |
| 25 | HOBC PARTNERS, LLC | 5 | 10/15/2025 | No Address | No City | Lot 38, in Blcok A, of amended plat of the Hidden Oaks at Berry Creek, Phase 1 |
| 26 | HOBC PARTNERS, LLC | 6 | 10/15/2025 | No Address | No City | Lot 22, in Block F, of amended plat of the Hidden Oaks at Berry Creek, Phase 1 |
| 27 | HOBC PARTNERS, LLC | 7 | 10/15/2025 | No Address | No City | Lot 1, Block C, of amended plat of the Hidden Oaks at Berry Creek, Phase 1 |
| 28 | ANT SAVINGS CORP | 8 | 10/15/2025 | No Address | No City | Lots 13 and 14 Block A, Woodrow Lee Subdivision |
| 29 | BRADSHAW | 9 | 10/15/2025 | 1405 Short Horn Cove | Round Rock | Lot 81, Block A, Eagle Ridge, Section Fourteen, Phase V |
| 30 | A-AFORDABLE BOAT & RV STORAGE-LIBERTY HILL, LLC | 10 | 10/15/2025 | No Address | No City | Being a 19.991 acre tract of land situate in the E. Leichtle Survey, abstract number 382 |
| 31 | A-AFORDABLE BOAT & RV STORAGE-LIBERTY HILL, LLC | 11 | 10/15/2025 | No Address | No City | Being a 19.991 acre tract of land situate in the E. Leichtle Survey, abstract number 382 |
| 32 | EDY ALEJANDRO CASTILLI RODRIGUEZ | 12 | 10/15/2025 | 100 Fighting Seabees Run | Jarrell | Lot 4, Block H, Cool Water Phase 1 |
| 33 | ULTRA8 LLC SERIES CEDAR | 13 | 10/15/2025 | No Address | No City | See instrument |
| 34 | FIXX 22 LLC, A WYOMING LLC | 14 | 10/15/2025 | No Address | No City | Lot six (6), in Block I, of HuttoParke Section 3 |
| 35 | ULTRA8 LLC SERIES CEDAR | 15 | 10/15/2025 | No Address | No City | See instrument |
| | | | | | | |

| | | | December 2025 NOTICE OF FORECLOSURES | | |
|---|---|---|---|---|---|
| ENTRY NO | OWNER'S LAST NAME | FILE NO | CREATION DATE | ADDRESS | CITY | LEGAL DESCRIPTION |
| 1 | NAVARRETE | 1 | 10/17/2025 | 512 Timber Brook Dr | Hutto | Lot 20, in Block N, of Amended Plat of Brooklands Section Six |
| 2 | LEAL/STROE-PATTERSON | 2 | 10/17/2025 | 112 Granville Court | Jarrell | Lot 15 Block G Bailey Park Phase IV |
| 3 | OLVERA | 3 | 10/17/2025 | No Address | No Address | Lot 37 Block 25 Sonterra West Section 8C |
| 4 | RAJAKUMAR/SENTHUR | 4 | 10/17/2025 | 2308 Abilene | Leander | Lot 26, Block C, Borho, Phase 4 |
| 5 | GRIFFIN | 5 | 10/17/2025 | 117 Gauntlet Dr | Jarrell | Lot 5, Block 1, of Eastwood Section 5 |
| 6 | ANDERSON | 6 | 10/17/2025 | 2540 Grey Mountian Pass | Leander | Lot 19, Block A, A Greatwood Subdivision Phase 3 |
| 7 | MONTEZ/GONZALES | 7 | 10/17/2025 | No Address | No Address | Lot 17, Block A, San Gabriel Heights, Section 5 |
| 8 | OLIVER | 7 | 10/17/2025 | 1000 Plateau | Georgetown | Lot 18, Block L, The Pinnacle, Phase 3 |
| 9 | SHELDEN | 9 | 10/17/2025 | No Address | No Address | Lot 6, Block C, Vista Ridge, Phase 1 |
| 10 | ELLIS | 10 | 10/17/2025 | No Address | No Address | Lot 17, Block Z, of Wolf Ranch Section 3, Phase 2 |
| 11 | COTTLE | 2 | 10/24/2025 | 3310 Crystal Circle | Taylor | Being lot 15, Block A, Bull Ranch section one |
| 12 | HARRIS | 3 | 10/24/2025 | No Address | No Address | Lot 19, Block 10, Amended Crystal Knoll Terrace PUD unit two |
| 13 | PAYSEN | 4 | 10/24/2025 | No Address | No Address | Lot 26, Block Q, of Shadow Canyon, Phase three |
| 14 | MARCOS | 5 | 10/24/2025 | No Address | No Address | Lot thirty (30), Block A, Summerlyn Phase L-4 |
| 15 | NICHOLS | 6 | 10/24/2025 | 1400 Santana St | Cedar Park | Lot 12, Block N, Reolat of The Crossing at Carriage Hills, Section five |
| 16 | GIILL | 7 | 10/24/2025 | 106 Portsmouth Dr | Georgetown | Lot 288, of Planned Unit Development of Sun City |
| 17 | NELSON | 8 | 10/24/2025 | No Address | No Address | Lot seven (7), Block N, North Creek Section III-E |
| 18 | VAUGHN | 9 | 10/24/2025 | 2600 County Rd 279 | Leander | See Instrument |
| 19 | LOOPEZ | 10 | 10/24/2025 | No Address | No Address | Unit 34E, of Sonterra I Condominiums |
| 20 | RIVERS | 11 | 10/24/2025 | No Address | No Address | Lot 6, Block H, LA Conterra Subdivision section 6 |
| 21 | POLUNSKY | 12 | 10/24/2025 | 117 Tall Grass Dr | Georgetown | Lot thirteen (13), Block V, Morningstar Phase 4, Section 3 |
| 22 | KING/FINLEY | 1 | 10/24/2025 | 212 Las Colinas | Georgetown | Lot 19, Block L, The Woods at Berry Creek, Section three |
| 23 | MACK | 1 | 10/31/2025 | 821 Faith Dr | Liberty Hill | Lot 82, Block A; Santa Rita Ranch Phase I |
| 24 | DAVIS | 3 | 10/31/2025 | 101 Tripoli CV | Liberty Hill | Lot seventy-four (74), in Block J, of Stonewall Ranch-North Section nine (9) |
| 25 | GUAJARDO/CALDERA | 7 | 10/31/2025 | No Address | No Address | Unit 13-B, within the Sonterra II Condominiums |
| 26 | ABEGGLEN | 2 | 10/31/2025 | No Address | No Address | Lot 33, Block A, Scottsdale Crossing, Phase 2 |
| 27 | NANENUGANTI/MOGILICHERLA | 4 | 10/31/2025 | No Address | No Address | Lot 6, in Block Q, of Highlands North Section 2 |
| 28 | BLUE ANCHOR INVESTMENTS LLC | 8 | 10/31/2025 | 1503 Round Up Trl | Round Rock | Lot 12, Block C, of Chisholm Valley Section 4 |
| 29 | PATEL | 5 | 10/31/2025 | 3736 Top Rock Lane | Round Rock | Lot 19, Block G of Stone Oak at Round Rock |
| 30 | QUINONES | 6 | 10/31/2025 | 501 Duroc Dr | Hutto | Lot 5, Block E, Hutto Crossing, Phase 4, Section 5 |
| 31 | FARR | 9 | 10/31/2025 | 565 Greatest Gift Way | Jarrell | Lot 37, Block H, Bailey Park, Phase I |
| 32 | JOYCE | 10 | 10/31/2025 | 1026 Victoria St | Taylor | See Instrument |
| 33 | GIL/CONTRERAS | 11 | 10/31/2025 | 701 Greenwich PL | Round Rock | Lot 7, Block G, Kensington Place, Section 2 |
| 34 | HEINMILLER | 1 | 11/3/2025 | 6424 Laurencia Place | Round Rock | Lot 28, Block UU, of Siena Section 31 |
| 35 | GARZA | 5 | 11/7/2025 | No Address | No Address | Lot 5, Block B, Eagle Ridge Section Thirteen |
| 36 | NORTHERN IRELAND ENTERPRISES,LLC | 4 | 11/7/2025 | No Address | No Address | Lot 1C, Block A, of the replat of remainder of Lot 6, Block C, Round Rcok Express |
| 37 | DASIKA / MALLADI | 3 | 11/7/2025 | No Address | No Address | Lot 30, Block B, The Reserve at Brushy Creek Section 2 |
| 38 | LIBERTY HILL BRVS LLC | 2 | 11/7/2025 | No Address | No Address | See Instrument |
| 39 | A-AFORDABLE BOAT & RV STORAGE-LIBERTY HILL, LLC | 1 | 11/7/2025 | No Address | No Address | See Instrument |
| 40 | 105 N SHEPPARD  PARTNERS LLC | 1 | 11/10/2025 | 105 Sheppard St | Round Rock | See Instrument |
| 41 | SPECIALIZED TRUST CO. CUSTODIAN FBO 101-218 | 2 | 11/10/2025 | No Address | No Address | Lot 2, Block 1, Sonterra West Section III, Phase I |
| 42 | LIU | 3 | 11/10/2025 | 12303 Paypole Bnd | Austin | Unit 902, Building 9, together with the undivided interest in and to the common elements appurrenant thereto, of Turnberry at Avery Ranch Condominiums |
| 43 | CRAYTON | 4 | 11/10/2025 | 1839 Red Rock Dr | Round Rock | Lot 6, Block L, Round Rock Ranch Phase I, Section two |
| 44 | LYND LIVING LEGENDS AT LAKELINE APARTMENTS LLC | 5 | 11/10/2025 | 9725 Lake Creek PKWY | Austin | See Instrument |
| 45 | JANAGAMA / THAKKALAPALLI | 6 | 11/10/2025 | 2913 Agave Loop | Round Rock | Lot 6, Block C, of Behrens Ranch Phase D, Section 3B |
| 46 | TAIT / KHARLAMOVA | 7 | 11/10/2025 | No Address | No Address | Lot 5, in Block C, of Parmer Ranch Phase I |

| 47 | GREGORY | 8 | 11/10/2025 | 103 Shannon Ln | Georgetown | Lot 6, Block 3, Gabriel Heights |
|----|---------|---|-----------|----------------|------------|-------------------------------|
| 48 | ETTELSON | 9 | 11/10/2025 | 207 Norwood Street West | Georgetown | Lot 79, Block O, River Ridge, Section one |
| 49 | LACHO MOBILE HOME SERVICES, LLC | 10 | 11/10/2025 | No Address | No Address | See Instrument |
| 50 | 10K FEARLESS SECURITY LLC | 11 | 11/10/2025 | No Address | No Address | See Instrument |
| 51 | THE HISEY PROPERTY SERVICE COMPANY | 12 | 11/10/2025 | No Address | No Address | See Instrument |
| 52 | ANDRES RENTERIA | 13 | 11/10/2025 | No Address | No Address | See Instrument |
| 53 | YOUNG CENTURY LLC | 14 | 11/10/2025 | 200 Park Place Dr | Georgetown | Lot 258, Block 1, Gabriels Overlook Section one |