# U.S. Postal Service™
## CERTIFIED MAIL RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)    $ _____
- ☐ Return Receipt (electronic)    $ _____
- ☐ Certified Mail Restricted Delivery    $ _____
- ☐ Adult Signature Required    $ _____
- ☐ Adult Signature Restricted Delivery    $ _____

5/7

Postmark
Here

Katie Voss
PO Box 272
Kempner, TX 76539

25cv2074 Dkt 30

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)         $ _____
☐ Certified Mail Restricted Delivery   $ _____
☐ Adult Signature Required            $ _____
☐ Adult Signature Restricted Delivery  $ _____

Postage

$

Total

$

Sent

Street

City, S

5/7

Postmark
Here

Jamie Voss
210 W. Avenue F
Jarrell, TX 76537

25cv2074 Dkt 30

**PS Form 3800, January 2023** PSN 7530-02-000-9047    **See Reverse for Instructions**