# U.S. Postal Service™
## CERTIFIED MAIL RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ _____
- ☐ Return Receipt (electronic) $ _____
- ☐ Certified Mail Restricted Delivery $ _____
- ☐ Adult Signature Required $ _____
- ☐ Adult Signature Restricted Delivery $ _____

5/29

Postmark
Here

395th Judicial District Court,
Williamson County, Texas
405 Martin Luther King
Box 15
Georgetown, TX 78626

25cv2074 Order 51

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions



# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)          $ _____
- ☐ Return Receipt (electronic)        $ _____
- ☐ Certified Mail Restricted Delivery  $ _____
- ☐ Adult Signature Required            $ _____
- ☐ Adult Signature Restricted Delivery $ _____

5/29

Postmark
Here

P

$

Katie Voss
PO Box 272
Kempner, TX 76539

25cv2074 Order 51

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)         $ _____
- ☐ Return Receipt (electronic)       $ _____
- ☐ Certified Mail Restricted Delivery $ _____
- ☐ Adult Signature Required          $ _____
- ☐ Adult Signature Restricted Delivery $ _____

5/29

Postmark
Here

Jamie Voss
210 W. Avenue F
Jarrell, TX 76537

25cv2074 Order 51

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions