**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jamie Voss
210 W. Avenue F
Jarrell, TX 76537

25cv2074 Order 51



9590 9402 9898 5335 3242 18

2. Article Number *(Transfer from service label)*

9589 0710 5270 2691 7294 03

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                          ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

K. VOSS

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

PO Box 272

Renfrew, 76539

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 9898 5335 3242 18

**United States Postal Service**

RECEIVED

JUN 1 6 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
            DEPUTY CLERK

• Sender: Please print your name, address, and ZIP+4® in this box•

Clerk, U.S. District Court
501 W 5th Street, Suite 1100
Austin, Texas 78701

JUN 1 6 2026
SCREENED BY CSO'S

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Katie Voss
   PO Box 272
   Kempner, TX 76539

   25cv2074 Order 51

9590 9402 9898 5335 3242 25

2. Article Number *(Transfer from service label)*

   9589 0710 5270 2691 7294 10

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                       ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

   K. Voss

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No



   PO Box 272

   Kempner, TX 76539

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery
   (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☑ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



USPS TRACKING #

9590 9402 9898 5335 3242 25

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

SCREENED BY CSO'S

JUN 1 6 2026

United States
Postal Service

RECEIVED

JUN 1 6 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

• Sender: Please print your name, address, and ZIP+4® in this box•

Clerk, U.S. District Court
501 W 5th Street, Suite 1100
Austin, Texas 78701